UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOTOWN RECORD COMPANY, L.P., a California limited partnership; BMG MUSIC, a New York general partnership; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and ARISTA RECORDS, INC., a Delaware corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>JENNIFER ADAMS<br><br>    Defendant. | CIVIL ACTION No.<br><br>04-30134 - MAP |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT

Plaintiffs assert the following claims against Defendant.

### JURISDICTION AND VENUE

1. This is a civil action seeking damages and injunctive relief for copyright infringement under the copyright laws of the United States (17 U.S.C. § 101 et seq.).

2. This Court has jurisdiction under 17 U.S.C. § 101 *et seq.*; 28 U.S.C. § 1331 (federal question); and 28 U.S.C. § 1338(a) (copyright).

3.   This Court has personal jurisdiction over the Defendant, and venue in this District is proper under 28 U.S.C. § 1391(b) and 28 U.S.C. § 1400(a), in that the Defendant resides in this District, and the acts of infringement complained of herein occurred in this District.

## PARTIES

4.   Plaintiff Motown Record Company, L.P. is a limited partnership duly organized and existing under the laws of the State of California, with its principal place of business in the State of New York.

5.   Plaintiff BMG Music is a general partnership duly organized and existing under the laws of the State of New York, with its principal place of business in the State of New York.

6.   Plaintiff Sony Music Entertainment Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

7.   Plaintiff Elektra Entertainment Group Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

8.   Plaintiff Atlantic Recording Corporation is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

9. Plaintiff Arista Records, Inc. is a corporation duly organized and existing under the laws of the State of Delaware, with its principal place of business in the State of New York.

10. Plaintiffs are informed and believe that Defendant is an individual residing in this District.

## COUNT I

### INFRINGEMENT OF COPYRIGHTS

11. Plaintiffs incorporate herein by this reference each and every allegation contained in each paragraph above.

12. Plaintiffs are, and at all relevant times have been, the copyright owners or licensees of exclusive rights under United States copyright with respect to certain copyrighted sound recordings (the "Copyrighted Recordings"). The Copyrighted Recordings include but are not limited to each of the copyrighted sound recordings identified in Exhibit A attached hereto, each of which is the subject of a valid Certificate of Copyright Registration issued by the Register of Copyrights. In addition to the sound recordings listed on Exhibit A, Copyrighted Recordings also include certain of the sound recordings listed on Exhibit B which are owned by or exclusively licensed to one or more of the Plaintiffs or Plaintiffs' affiliate record labels, and which are subject to valid Certificates of Copyright Registration issued by the Register of Copyrights.

13. Among the exclusive rights granted to each Plaintiff under the Copyright Act are the exclusive rights to reproduce the Copyrighted Recordings and to distribute the Copyrighted Recordings to the public.

14. Plaintiffs are informed and believe that Defendant, without the permission or consent of Plaintiffs, has used, and continues to use, an online media distribution system to download the Copyrighted Recordings, to distribute the Copyrighted Recordings to the public, and/or to make the Copyrighted Recordings available for distribution to others. In doing so, Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution. Defendant's actions constitute infringement of Plaintiffs' copyrights and exclusive rights under copyright.

15. Plaintiffs are informed and believe that the foregoing acts of infringement have been willful and intentional, in disregard of and with indifference to the rights of Plaintiffs.

16. As a result of Defendant's infringement of Plaintiffs' copyrights and exclusive rights under copyright, Plaintiffs are entitled to statutory damages pursuant to 17 U.S.C. § 504(c) for Defendant's infringement of each of the Copyrighted Recordings. Plaintiffs further are entitled to their attorneys' fees and costs pursuant to 17 U.S.C. § 505.

17. The conduct of Defendant is causing and, unless enjoined and restrained by this Court, will continue to cause Plaintiffs great and irreparable injury that cannot fully be compensated or measured in money. Plaintiffs have no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, Plaintiffs are entitled to injunctive relief prohibiting Defendant from

further infringing Plaintiffs' copyrights, and ordering Defendant to destroy all copies of sound recordings made in violation of Plaintiffs' exclusive rights.

       WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

1.     For an injunction providing:

"Defendant shall be and hereby is enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in the Copyrighted Recordings and any sound recording, whether now in existence or later created, that is owned or controlled by Plaintiffs (or any parent, subsidiary, or affiliate record label of Plaintiffs) ("Plaintiffs' Recordings"), including without limitation by using the Internet or any online media distribution system to reproduce (*i.e.*, download) any of Plaintiffs' Recordings, to distribute (*i.e.*, upload) any of Plaintiffs' Recordings, or to make any of Plaintiffs' Recordings available for distribution to the public, except pursuant to a lawful license or with the express authority of Plaintiffs. Defendant also shall destroy all copies of Plaintiffs' Recordings that Defendant has downloaded onto any computer hard drive or server without Plaintiffs' authorization and shall destroy all copies of those downloaded recordings transferred onto any physical medium or device in Defendant's possession, custody, or control."

2.  For statutory damages for each infringement of each Copyrighted Recording pursuant to 17 U.S.C. § 504.

3.  For Plaintiffs' costs in this action.

4.  For Plaintiffs' reasonable attorneys' fees incurred herein.

5.  For such other and further relief as the Court may deem just and proper.

MOTOWN RECORD COMPANY, L.P.;
BMG MUSIC; SONY MUSIC
ENTERTAINMENT INC.; ELEKTRA
ENTERTAINMENT GROUP INC.;
ATLANTIC RECORDING CORP.; and
ARISTA RECORDS, INC.

By their attorneys,

DATED: 7/20/04

By: _____
Colin J. Zick (BBO No. 556538)
Gabriel M. Helmer (BBO No. 652640)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
Phone: (617) 832-1000
Fax:   (617) 832-7000

Of Counsel:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:   (310) 312-3100

6

Case 3:04-cv-30134-MAP    Document 1    Filed 07/20/2004    Page 7 of 20

## EXHIBIT A

## JENNIFER ADAMS

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Motown Record Company, L.P. | Rick James | Fire and Desire | Street Songs | 25-800 |
| Elektra Entertainment Group Inc. | Tamia | Stranger In My House | A Nu Day | 293-084 |
| Sony Music Entertainment Inc. | Mariah Carey | Always Be My Baby | Daydream | 215-242 |
| Arista Records, Inc. | Whitney Houston | Run To You | Bodyguard Soundtrack | 152-582 |
| Arista Records, Inc. | Whitney Houston | One Moment In Time | Whitney The Greatest Hits | 284-891 |
| Atlantic Recording Corporation | Trick Daddy | Take It to da House | Thugs Are Us | 303-748 |
| Sony Music Entertainment Inc. | Babyface | Soon As I Get Home | Tender Lover | 106-822 |
| BMG Music | Busta Rhymes | Break Ya Neck | Genesis | 312-547 |

Case 3:04-cv-30134-MAP    Document 1    Filed 07/20/2004    Page 9 of 20

Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Jena@KaZaA | Moon flower.jpg | Unknown | 75KB | Image |
| Jena@KaZaA | Red moon desert.jpg | Unknown | 79KB | Image |
| Jena@KaZaA | Vortec space.jpg | Unknown | 62KB | Image |
| Jena@KaZaA | Ascent.jpg | Unknown | 61KB | Image |
| Jena@KaZaA | Autumn.jpg | Unknown | 64KB | Image |
| Jena@KaZaA | Friend.jpg | Unknown | 60KB | Image |
| Jena@KaZaA | Home.jpg | Unknown | 41KB | Image |
| Jena@KaZaA | Peace.jpg | Unknown | 32KB | Image |
| Jena@KaZaA | Power.jpg | Unknown | 84KB | Image |
| Jena@KaZaA | Purple flower.jpg | Unknown | 56KB | Image |
| Jena@KaZaA | Radiance.jpg | Unknown | 43KB | Image |
| Jena@KaZaA | Stonehenge.jpg | Unknown | 58KB | Image |
| Jena@KaZaA | Tulips.jpg | Unknown | 71KB | Image |
| Jena@KaZaA | Wind.jpg | Unknown | 36KB | Image |
| Jena@KaZaA | Crystal.jpg | Unknown | 62KB | Image |
| Jena@KaZaA | Ripple.jpg | Unknown | 57KB | Image |
| Jena@KaZaA | Azul.jpg | Unknown | 59KB | Image |
| Jena@KaZaA | Follow.jpg | Unknown | 49KB | Image |
| Jena@KaZaA | Windows XP.jpg | Unknown | 55KB | Image |
| Jena@KaZaA | Bliss.bmp | Unknown | 1,406KB | Image |
| Jena@KaZaA | clean start.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | copy 1 clean.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | copy 2 act.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | copy 3 rol.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | copy 4 clk.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | copy 5 gry.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | data 1 clean.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | data 2 act.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | data 3 rol.BMP | Unknown | 346KB | Image |

Found 687 files | 2,733,135 users online, sharing 471,869,516 files (4,036,032 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Jena@KaZaA | data 3 rol.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | data 4 clk.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | 05 - The Isley Brothers - Busted (Feat JS).mp3 | Isley Brothers/ ft. JS | 5,581KB | Audio |
| Jena@KaZaA | AlbumArt_{6E45119B-A10A-41B3-93D8-D48CCCE3BBCF}_... | Unknown | 2KB | Image |
| Jena@KaZaA | AlbumArt_{6E45119B-A10A-41B3-93D8-D48CCCE3BBCF}_... | Unknown | 7KB | Image |
| Jena@KaZaA | AlbumArtSmall.jpg | Unknown | 2KB | Image |
| Jena@KaZaA | Folder.jpg | Unknown | 10KB | Image |
| Jena@KaZaA | desktop.ini | Unknown | 0KB | |
| Jena@KaZaA | timbaland and magoo - All Ya'll Instrumental.mp3 | Timberland and Magoo | 1,088KB | Audio |
| Jena@KaZaA | ButtonCoords.ini | Unknown | 0KB | |
| Jena@KaZaA | Electronica - Emerging Artists.kpl | Unknown | 0KB | |
| Jena@KaZaA | Funk - Emerging Artists.kpl | Unknown | 0KB | |
| Jena@KaZaA | Gerald Levert_Kelly Price - Hurts Too Much To Stay.mp3 | D.O.C. | 5,120KB | Audio |
| Jena@KaZaA | Pop Rock - Emerging Artists.kpl | Jay Quinn Band | 0KB | |
| Jena@KaZaA | RB - Emerging Artists.kpl | Unknown | 0KB | |
| Jena@KaZaA | kmd202_en.exe | Sharman Networks Ltd | 4,541KB | Software |
| Jena@KaZaA | Betty Wright - Tonight Is The Night.mp3 | Betty Wright | 7,677KB | Audio |
| Jena@KaZaA | Eminem - My Name Is.mp3 | Eminem | 4,192KB | Audio |
| Jena@KaZaA | Eminem The Eminem Show 14 - Hailie's Song.mp3 | Eminem the Eminem show... | 3,132KB | Audio |
| Jena@KaZaA | Shirly Murdock - Husband .mp3 | Shirley Murdock | 4,172KB | Audio |
| Jena@KaZaA | betty wright - tonight is the night (1).mp3 | Betty Wright | 1,950KB | Audio |
| Jena@KaZaA | [Christina Aguilera] - I turn to you.mp3 | Christina Aguilera | 4,291KB | Audio |
| Jena@KaZaA | Vivian Green-03-superwoman-New (1).mp3 | Vivian Green | 5,194KB | Audio |
| Jena@KaZaA | Vivian Green - Music.mp3 | Vivian Green | 3,829KB | Audio |
| Jena@KaZaA | Rick James - She's A Brick House.mp3 | Rick James | 3,233KB | Audio |
| Jena@KaZaA | Rick James - Give It To Me Baby.mp3 | Rick James | 3,521KB | Audio |
| Jena@KaZaA | El Debarge - All This Love.mp3 | El Debarge | 5,542KB | Audio |
| Jena@KaZaA | Deborah Cox - How Did You Get Here.mp3 | 3 | 5,101KB | Audio |
| Jena@KaZaA | Vivian Complete.mp3 | Vivian Green | 5,814KB | Audio |

Found 687 files | 2,733,135 users online, sharing 471,869,516 files (4,036,032 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Jena@KaZaA | Vivian Complete.mp3 | Vivian Green | 5,814KB | Audio |
| Jena@KaZaA | Eric Benet - Lets Stay Together.mp3 | Eric Benet | 4,746KB | Audio |
| Jena@KaZaA | betty wright - no pain no gain.mp3 | Betty Wright | 7,273KB | Audio |
| Jena@KaZaA | Bryan McKnight - Crazy Love.mp3 | Brian McKnight | 1,733KB | Audio |
| Jena@KaZaA | VIVIAN-GREEN-NEW-ALBUM--FANATIC..mp3 | Vivian Green | 4,150KB | Audio |
| Jena@KaZaA | Williams, Denise  -  Silly.mp3 | Denise Williams | 7,406KB | Audio |
| Jena@KaZaA | Denise Williams-Black Butterfly.mp3 | Denise Williams | 3,147KB | Audio |
| Jena@KaZaA | Patti Labelle - Over The Rainbow.mp3 | Patty Labelle | 4,096KB | Audio |
| Jena@KaZaA | Patti Labell- Lady Marmalade.mp3 | LABELLE, PATTI: Lady Ma... | 3,076KB | Audio |
| Jena@KaZaA | Patti LaBelle - If You Ask Me To.mp3 | Patti Labelle | 4,126KB | Audio |
| Jena@KaZaA | vivian_green-07-final_hour-wcr.mp3 | Vivian Green | 3,736KB | Audio |
| Jena@KaZaA | AlbumArt_{B3A9F13B-23AA-44F3-9D61-9B58C1B4E4E4}_... | Unknown | 2KB | Image |
| Jena@KaZaA | AlbumArt_{B3A9F13B-23AA-44F3-9D61-9B58C1B4E4E4}_... | Unknown | 6KB | Image |
| Jena@KaZaA | AlbumArt_{BDBDEF14-3752-4F0C-94CA-6DE8D26AE177}_... | Unknown | 2KB | Image |
| Jena@KaZaA | AlbumArt_{BDBDEF14-3752-4F0C-94CA-6DE8D26AE177}_... | Unknown | 10KB | Image |
| Jena@KaZaA | betty wright - ooola la.mp3 | BETTY WRIGHT | 2,671KB | Audio |
| Jena@KaZaA | Betty Wright - Clean Up Woman (1).mp3 | Betty Wright | 1,308KB | Audio |
| Jena@KaZaA | Vivian Green - Wishful Thinking.mp3 | Vivian Green | 3,833KB | Audio |
| Jena@KaZaA | BETTY WRIGHT - CLEAN UP WOMAN (LIVE).mp3 | BETTY WRIGHT | 11,094KB | Audio |
| Jena@KaZaA | Brian McKnight_Diana King - When We Were Kings.mp3 | Brian McKnight | 4,368KB | Audio |
| Jena@KaZaA | Sybil - Walk On By.mp3 | Sybil | 3,775KB | Audio |
| Jena@KaZaA | Vesta Williams - Congratulations.tlb..mp3 | Vesta Williams | 6,275KB | Audio |
| Jena@KaZaA | 80's - RB - Vesta Williams - Once Bitten, Twice Shy.mp3 | Vesta Williams | 3,744KB | Audio |
| Jena@KaZaA | Guy - Let's Chill (1).mp3 | Guy - | 4,362KB | Audio |
| Jena@KaZaA | 05 - Piece Of My Love.mp3 | GUY | 7,465KB | Audio |
| Jena@KaZaA | Chico_DeBarge-03-Listen_To_Your_Man(Feat.Joe).mp3 | Joe | 4,799KB | Audio |
| Jena@KaZaA | 05-sean_paul-get_busy-jah.mp3 | Sean Paul | 5,035KB | Audio |
| Jena@KaZaA | sean paul - Gimmie The Light.mp3 | sean paul | 3,578KB | Audio |
| Jena@KaZaA | Sean Paul - Gimmie Da Light.mp3 | artist | 3,466KB | Audio |

Found 687 files    2,733,135 users online, sharing 471,869,516 files (4,036,032 GB)    Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | New search | Download | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Jena@KaZaA | Sean Paul - Gimmie Da Light.mp3 | artist | 3,466KB | Audio |
| Jena@KaZaA | 08-b2k-what_a_girl_wants-esc (1).mp3 | B2K | 6,531KB | Audio |
| Jena@KaZaA | Eryka Badu - Call Tyrone (1).mp3 | Eryka Badu | 3,673KB | Audio |
| Jena@KaZaA | 08 - What A Girl Wants.mp3 | B2K | 3,275KB | Audio |
| Jena@KaZaA | Vivian Green - What Is Love-.mp3 | Vivian Green | 4,836KB | Audio |
| Jena@KaZaA | KC_Joe Joe- All My Life.mp3 | Kci and JoJo | 4,524KB | Audio |
| Jena@KaZaA | 08-ludacris_with_ll_and_keith_murray-fatty_girl-ego.mp3 | Ludacris, LL Cool J_Keith | 3,730KB | Audio |
| Jena@KaZaA | ludacris - Get Out Da Way (clean) (1).mp3 | Ludacris | 4,247KB | Audio |
| Jena@KaZaA | Copy of download1047858181206542031.dat | Unknown | 2,803KB | |
| Jena@KaZaA | Jagged Edge - Promise.mp3 | jagged edge | 3,866KB | Audio |
| Jena@KaZaA | Missy_Twista - Get your freak on (remix).mp3 | Missy Elliot (feat) Twista | 2,910KB | Audio |
| Jena@KaZaA | Outkast - Stankonia - 02 - So Fresh So Clean.mp3 | Outkast | 4,896KB | Audio |
| Jena@KaZaA | Pink-u make me sick.mp3 | Pink. | 3,902KB | Audio |
| Jena@KaZaA | Genuine - Ride My Pony.mp3 | Ginuwine | 3,936KB | Audio |
| Jena@KaZaA | ginuwine - the life - 04 - Differences.mp3 | Ginuwine | 2,079KB | Audio |
| Jena@KaZaA | Jarule - Put it on Me.mp3 | Jarule | 3,080KB | Audio |
| Jena@KaZaA | Next - Too Close.mp3 | Next | 4,048KB | Audio |
| Jena@KaZaA | RB-KC_Jo Jo-Crazy.mp3 | RB | 5,032KB | Audio |
| Jena@KaZaA | Billy Paul - Me And Mrs. Jones.mp3 | (3) | 6,755KB | Audio |
| Jena@KaZaA | billy paul - Let's Stay Together.mp3 | Billy Paul | 6,039KB | Audio |
| Jena@KaZaA | AlbumArt_{C97ADF39-5AC8-4CDE-BEAC-CBFA40D4E3A3}_... | Unknown | 2KB | Image |
| Jena@KaZaA | AlbumArt_{C97ADF39-5AC8-4CDE-BEAC-CBFA40D4E3A3}_... | Unknown | 7KB | Image |
| Jena@KaZaA | teddy pendergrass - T.K.O..mp3 | Teddy Pendergrass | 2,534KB | Audio |
| Jena@KaZaA | AlbumArt_{2982DBB4-48D6-4A76-808A-E4D82603C741}_... | Unknown | 2KB | Image |
| Jena@KaZaA | AlbumArt_{2982DBB4-48D6-4A76-808A-E4D82603C741}_... | Unknown | 8KB | Image |
| Jena@KaZaA | betty wright - Woman To Woman (good copy).mp3 | SHIRLEY BROWN | 1,613KB | Audio |
| Jena@KaZaA | Save The Last Dance- Ice Cube - You Can Do It.mp3 | Ice Cube | 2,148KB | Audio |
| Jena@KaZaA | faith evens ft.MP3 | Faith Evans, Missy, _Fre... | 3,213KB | Audio |
| Jena@KaZaA | Luther_Vandross_-_Always_and_forever.mp3 | Luther Vandross | 3,840 B | Audio |

2 Users

2,733,135 users online, sharing 471,869,516 files (4,036,032 GB) | Not sharing any files

Found 587 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| 2 Users | Luther_Vandross_-_Always_and_forever.mp3 | Luther Vandross | 3,840KB | Audio |
| Jena@KaZaA | Luther vandross - If Only For One Night.mp3 | Luther vandross | 6,488KB | Audio |
| Jena@KaZaA | luther vandross - one night with you.mp3 | Luther Vandross | 5,184KB | Audio |
| Jena@KaZaA | AlbumArt_{3040996B-7F6D-4642-8078-3189D1B1B69A}_... | Unknown | 2KB | Image |
| Jena@KaZaA | Next - Wifey.mp3 | Next | 3,783KB | Audio |
| Jena@KaZaA | T.O.K. - Chi Chi Man.mp3 | T.O.K. | 3,074KB | Audio |
| Jena@KaZaA | Mr. Vegas - Heads High.mp3 | Mr Vegas | 3,303KB | Audio |
| Jena@KaZaA | AlbumArt_{79F1CD74-A330-4A3E-9E2B-F913EC4B7D2B}_... | Unknown | 2KB | Image |
| Jena@KaZaA | AlbumArt_{79F1CD74-A330-4A3E-9E2B-F913EC4B7D2B}_... | Unknown | 9KB | Image |
| Jena@KaZaA | AlbumArt_{3040996B-7F6D-4642-8078-3189D1B1B69A}_1... | Unknown | 8KB | Image |
| Jena@KaZaA | Mary J Blige - I'm Not Gonna Cry.mp3 | Mary J. Blige | 4,662KB | Audio |
| Jena@KaZaA | Mary J Blige - Im Goin Down.mp3 | Mary J. Blige | 3,038KB | Audio |
| Jena@KaZaA | Copy of download10445873509503581.dat | Unknown | 401KB | Audio |
| Jena@KaZaA | jray j - wait a mintue.mp3 | Ray J. feat. Lil' Kim | 3,200KB | Audio |
| Jena@KaZaA | Stevie Wonder - My Cheri Amour.mp3 | Stevie Wonder | 2,779KB | Audio |
| Jena@KaZaA | TLC - Unpretty.mp3 | TLC | 1,891KB | Audio |
| Jena@KaZaA | TLC - Unpretty (1).mp3 | TLC | 2,172KB | Audio |
| Jena@KaZaA | Copy of download10445873539503874.dat | Unknown | 100KB | Audio |
| Jena@KaZaA | Copy of download10477062525461261.dat | Unknown | 4,009KB | Audio |
| Jena@KaZaA | Copy of download10477062585461901.dat | Unknown | 2,506KB | Audio |
| Jena@KaZaA | Ronnie Laws_Debra Laws - Very Special.mp3 | Debra Laws_Ronnie Laws | 3,182KB | Audio |
| Jena@KaZaA | Carl Thomas feat. Faith Evans-So Emotional.mp3 | (3) | 4,054KB | Audio |
| Jena@KaZaA | Selina - Bidi Bidi Bom Bom.mp3 | artist | 2,426KB | Audio |
| Jena@KaZaA | Usher 10. Can you Help Me.mp3 | Usher | 5,241KB | Audio |
| Jena@KaZaA | Usher - You Make Me Wanna.mp3 | (3) | 3,457KB | Audio |
| Jena@KaZaA | Usher - All About U - 02 - U Got It Bad.MP3 | Usher | 3,803KB | Audio |
| Jena@KaZaA | 15-mario-just_a_friend-4hm.mp3 | mario | 4,500KB | Audio |
| Jena@KaZaA | grandmaster slice - the electric slide (remix).mp3 | Marcia Griffiths | 6,495KB | Audio |
| Jena@KaZaA | Selina (Jenifer Lopez)- Dreaming of You.mp3 | (3) | 4,508KB | Audio |

Found 687 files | 2,733,135 users online, sharing 471,869,516 files (4,036,032 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend
New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Jena@KaZaA | Selina (Jenifer Lopez) - Dreaming of You.mp3 | (3) | 4,508KB | Audio |
| Jena@KaZaA | Copy of download1044676690184375658.dat | Unknown | 1,303KB | Audio |
| Jena@KaZaA | Micheal Jackson - Thriller.mp3 | Michael Jackson | 2,795KB | Audio |
| Jena@KaZaA | Micheal Jackson - Smooth Criminal.mp3 | Micheal Jackson | 4,030KB | Audio |
| Jena@KaZaA | Copy of download1046405836254755118.dat | Unknown | 701KB | Audio |
| Jena@KaZaA | Eminem- My Name is What.mp3 | Eminem | 2,105KB | Audio |
| Jena@KaZaA | elephant man - Bad Man Ah Bad Man.mp3 | a | 1,556KB | Audio |
| Jena@KaZaA | (08) Amanda Perez - Angel.mp3 | Amanda Perez | 1,702KB | Audio |
| Jena@KaZaA | tok - Gumm Riddim.mp3 | TOK | 4,799KB | Audio |
| Jena@KaZaA | Amanda Perez - Angel.mp3 | (3) | 3,444KB | Audio |
| Jena@KaZaA | BUZZ RIDDIM Mad Cobra- Press Trigga.mp3 | Mad Cobra | 3,580KB | Audio |
| Jena@KaZaA | AlbumArt_{2B073B90-DF8F-4FD6-9EDF-686B89E2CC59}_... | Unknown | 2KB | Image |
| Jena@KaZaA | Reggae - Mad Cobra - Flex (time to have sex).mp3 | Mad Cobra | 3,787KB | Audio |
| Jena@KaZaA | AlbumArt_{2B073B90-DF8F-4FD6-9EDF-686B89E2CC59}_... | Unknown | 8KB | Image |
| Jena@KaZaA | tony thompson - my cherie amour.mp3 | Tony Thompson | 3,490KB | Audio |
| Jena@KaZaA | Shyne - Bad Boys.mp3 | Unknown | 6,122KB | Audio |
| Jena@KaZaA | sister act - O Happy Days.mp3 | (3) | 3,747KB | Audio |
| Jena@KaZaA | MISSY ELLIOT - Get Ur Freak On.mp3 | Missy | 5,604KB | Audio |
| Jena@KaZaA | Dance With Me.mp3 | Tony Thompson | 4,575KB | Audio |
| Jena@KaZaA | Nick Jr - Rugrats - Rugrat Rap.mp3 | (3) | 1,110KB | Audio |
| Jena@KaZaA | Mr. Vegas - Heads High (Remix).mp3 | Mr. Vegas | 2,007KB | Audio |
| 2 Users | Whitney Houston - One Moment In Time.mp3 | Whitney Houston | 4,467KB | Audio |
| 2 Users | Whitney Houston - Where Do Broken Hearts Go.mp3 | Whitney Houston | 4,357KB | Audio |
| Jena@KaZaA | Aaron Hall - I Miss You.mp3 | Aaron Hall | 5,965KB | Audio |
| Jena@KaZaA | aaron hall - let's make love.mp3 | (3) | 6,108KB | Audio |
| Jena@KaZaA | Guy - Let's Stay Together.mp3 | Guy | 3,760KB | Audio |
| Jena@KaZaA | Shyne - Bad Boys Anthem.mp3 | Shyne Feat Barrington Le... | 6,269KB | Audio |
| Jena@KaZaA | groove theory - Tell me if you want me.mp3 | (3) | 3,658KB | Audio |
| Jena@KaZaA | guy - piece of my lowe.mp3 | Guy | 4,934KB | Audio |

Found 687 files | 2,733,135 users online, sharing 471,869,516 files (4,036,032 GB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Jena@KaZaA | guy - piece of my love.mp3 | Guy | 4,934KB | Audio |
| Jena@KaZaA | TLC No Scrubs.mp3 | TLC | 1,456KB | Audio |
| Jena@KaZaA | Luther Vandross - Still in Love.mp3 | (3) | 6,692KB | Audio |
| Jena@KaZaA | Angie Stone - Anymore.mp3 | Angie Stone | 4,322KB | Audio |
| Jena@KaZaA | Gerald Levert-Mr Too Damn Good.mp3 | Gerald Levert | 4,260KB | Audio |
| Jena@KaZaA | Gerald Levert - ABC,123.mp3 | (3) | 5,522KB | Audio |
| Jena@KaZaA | Gerald Levert - Answering Service.mp3 | Gerald Levert | 5,149KB | Audio |
| Jena@KaZaA | various artists reggae gold 2000 17 call u - lexxus_lady s... | (3) | 3,116KB | Audio |
| Jena@KaZaA | Kareoke - Monica - Angel of Mine (karaoke).mp3 | Instrumental | 5,918KB | Audio |
| Jena@KaZaA | Whitney - Exhale (Shoop Shoop).mp3 | Whitney Houston | 3,194KB | Audio |
| Jena@KaZaA | Whitney Huston - Count On Me.mp3 | Whitney Houston | 3,139KB | Audio |
| Jena@KaZaA | Brian McKnight - Crazy Love.mp3 | (3) | 3,766KB | Audio |
| Jena@KaZaA | Shoulda, Woulda, Coulda.MP3 | Brian McKnight | 9,423KB | Audio |
| Jena@KaZaA | Brian McKnight - Cherish.mp3 | Brian McKnight | 3,829KB | Audio |
| 2 Users | kelly price - Track 05_1117145602.mp3 | Kelly Price | 4,742KB | Audio |
| Jena@KaZaA | Babyface - Nobody Knows It But Me.mp3 | (3) | 4,176KB | Audio |
| Jena@KaZaA | Babyface - It's Our Anniversary.mp3 | Tony Toni Tone | 3,838KB | Audio |
| Jena@KaZaA | Babyface - When Can I See You Again.mp3 | (3) | 3,584KB | Audio |
| Jena@KaZaA | AlbumArt_{01B8DF9D-80F3-4BB2-B6A1-4FC051075CCE}_... | Unknown | 2KB | Image |
| Jena@KaZaA | AlbumArt_{01B8DF9D-80F3-4BB2-B6A1-4FC051075CCE}_... | Unknown | 9KB | Image |
| Jena@KaZaA | The Deele - Two Occasions.mp3 | Babyface_The Deele | 5,504KB | Audio |
| Jena@KaZaA | Babyface - Never Keeping Secret.mp3 | Babyface | 4,580KB | Audio |
| Jena@KaZaA | Wyclef Jean - No Woman No Cry.mp3 | Wycleff Jean | 4,268KB | Audio |
| Jena@KaZaA | Wyclef Jean_Mary J Blige-911.mp3 | Wycleff Jean | 3,040KB | Audio |
| Jena@KaZaA | Slick Rick - Hey Young World.mp3 | Slick Rick | 3,250KB | Audio |
| Jena@KaZaA | Slick Rick - Bedtime Story.mp3 | (3) | 3,723KB | Audio |
| Jena@KaZaA | foxy brown - i need a man.mp3 | 11-foxy_brown-i_need_a... | 1,670KB | Audio |
| Jena@KaZaA | ll cool j - round the way girl.MP3 | New Artist | 9,550KB | Audio |
| Jena@KaZaA | Cheetah Girls - Cheetah Sisters.wav | The Cheetah Girls | 5,168KB | Audio |

Found 687 files | 2,733,135 users online, sharing 471,869,516 files (4,036,032 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Jena@KaZaA | Cheetah Girls - Cheetah Sisters.wav | The Cheetah Girls | 5,168KB | Audio |
| Jena@KaZaA | Tevin Campbell - Brown Eyed Girl.mp3 | Tevin Campbell | 3,780KB | Audio |
| Jena@KaZaA | Tevin Campbell - I'm Ready (1).mp3 | (3) | 3,268KB | Audio |
| Jena@KaZaA | Prince - When Doves Cry.mp3 | (3) | 5,531KB | Audio |
| Jena@KaZaA | Gerald Lavert - I'd Give Anything (1).mp3 | (3) | 3,344KB | Audio |
| Jena@KaZaA | Janet Jackson - Anytime Anyplace.mp3 | (3) | 6,674KB | Audio |
| Jena@KaZaA | Janet Jackson - Lets Wait A While.mp3 | (3) | 4,358KB | Audio |
| Jena@KaZaA | Janet Jackson - Together Again.mp3 | Janet Jackson | 4,738KB | Audio |
| Jena@KaZaA | Groove Theory - Tell Me.mp3 | Groove Theory | 3,731KB | Audio |
| Jena@KaZaA | Craig David - Fill Me In.mp3 | Craig David | 3,637KB | Audio |
| Jena@KaZaA | Isleys Brothers - Hello It's Me.mp3 | The Isley Brothers | 5,191KB | Audio |
| Jena@KaZaA | Luther Vandross - Don't Want To Be A Fool.mp3 | (3) | 4,313KB | Audio |
| Jena@KaZaA | Gerald Levert-G.-06-Mr, Too Damn Good.mp3 | Gerald Levert | 3,236KB | Audio |
| Jena@KaZaA | Gerald Levert - I Was Made To Love You.mp3 | Gerald Levert | 3,714KB | Audio |
| Jena@KaZaA | Latin Oldies - Everybody plays a fool.mp3 | (3) | 3,064KB | Audio |
| Jena@KaZaA | R_B -- Gerald Levert - Made To Love Ya.mp3 | (3) | 5,725KB | Audio |
| Jena@KaZaA | R_B -- Gerald Levert - Taking Everything.mp3 | (3) | 6,745KB | Audio |
| Jena@KaZaA | Witney Houston- Didn't We All Most Have It All.mp3 | Whitney Houston | 4,798KB | Audio |
| Jena@KaZaA | Whitney Houston - I Believe the Children are the Future.M... | (3) | 4,601KB | Audio |
| Jena@KaZaA | brian mcknight - You're more than wonderful.mp3 | (3) | 1,644KB | Audio |
| Jena@KaZaA | Luther Vandross - Superstar-Until You Come Back To Me.m... | (3) | 6,540KB | Audio |
| Jena@KaZaA | Brian McKnight - You're Still The One.mp3 | beam.to/mp3-2001 | 4,050KB | Audio |
| Jena@KaZaA | jon b featuring babyface - someone to love.mp3 | Jon B and Baby Face | 4,275KB | Audio |
| Jena@KaZaA | Quincy Jones, Al B Sure, El Debarge_Barry White - Secret... | (3) | 4,138KB | Audio |
| Jena@KaZaA | Santana ft Wycleff - Maria Maria (remix).mp3 | Santana feat. Wyclef | 4,008KB | Audio |
| Jena@KaZaA | Wycleff Jean - Ready Or Not   (from album = unknown )... | Fugees | 3,104KB | Audio |
| Jena@KaZaA | Mya Feat.mp3 | (3) | 3,113KB | Audio |
| Jena@KaZaA | Whitney Housten-My love is your love.MP3 | Whitney Houston feat W... | 2,888KB | Audio |
| Jena@KaZaA | Doug E. Fresh, Slick Rick - The Show.mp3 | Doug E. Fresh, Slick Rick | 6,234KB | Audio |

Found 687 files | 2,733,135 users online, sharing 471,869,516 files (4,036,032 GB) | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Jena@KaZaA | Doug E. Fresh, Slick Rick - The Show.mp3 | Doug E. Fresh_Slick Rick | 6,234KB | Audio |
| Jena@KaZaA | Two Wrongs.mp3 | (3) | 2,695KB | Audio |
| Jena@KaZaA | Babyface_Boys II Men - When Your Body Gets Weak.mp3 | Babyface_Boys II Men | 5,314KB | Audio |
| Jena@KaZaA | ll cool j - hey lover.MP3 | New Artist | 11,209KB | Audio |
| Jena@KaZaA | SLOW JAMS Tevin Campbell - Knocks Me Off My Feet.mp3 | (3) | 3,300KB | Audio |
| Jena@KaZaA | slick rick - mona lisa.mp3 | (3) | 3,829KB | Audio |
| Jena@KaZaA | Janet Jackson - That's The Way Love Goes _If (MTV '93)... | Janet Jackson | 5,391KB | Audio |
| Jena@KaZaA | Janet Jackson - Never Fall in Love Again .mp3 | Janet Jackson | 3,552KB | Audio |
| Jena@KaZaA | Janet Jackson - If.mp3 | Janet Jackson | 4,359KB | Audio |
| Jena@KaZaA | Reggae Gold 2000 03 Cook - Lexxus.mp3 | Lexxus | 3,136KB | Audio |
| Jena@KaZaA | Bubba Sparxxx - Ugly (1) (1).mp3 | Bubba Sparxxx | 4,146KB | Audio |
| Jena@KaZaA | Ms. Jade - Big Head.mp3 | Ms Jade ft Missy_Timbal... | 3,663KB | Audio |
| Jena@KaZaA | Ms. Jade - Feel The Girl (4024320_Ms Jade mp3).mp3 | Ms. Jade | 3,571KB | Audio |
| Jena@KaZaA | faith_evans-05-i_love_you.mp3 | Faith Evans | 4,174KB | Audio |
| Jena@KaZaA | sean_paul_she la la la la boom boom che le!.mp3 | Sean Paul | 3,048KB | Audio |
| Jena@KaZaA | Emotional.mp3 | Carl Thomas | 5,312KB | Audio |
| Jena@KaZaA | Dr Dre and Snopp Dogg - The Next Episode.mp3 | Dr. Dre | 1,900KB | Audio |
| 2 Users | Blackstreet, Mya_Mase - Take Me There (Rugrats Movie)... | Blackstreet_Mya feat. ... | 4,659KB | Audio |
| Jena@KaZaA | Blackstreet, Mya, And Mase - Take Me There (rugrats song.. | (3) | 3,506KB | Audio |
| Jena@KaZaA | AlbumArt_{E50B548F-04BC-4446-8255-6B08E22B8BD5}_... | Unknown | 2KB | Image |
| Jena@KaZaA | AlbumArt_{E50B548F-04BC-4446-8255-6B08E22B8BD5}_L... | Unknown | 13KB | Image |
| Jena@KaZaA | Nychelle's playlist.kpl | Frankie J | 0KB | |
| Jena@KaZaA | WISIN Y YANDEL - Track 10 (1).mp3 | WISIN Y YANDEL | 2,278KB | Audio |
| Jena@KaZaA | Reggeton - Wisin y Yandel - La Mision (1).wma | Reggeton | 1,469KB | Audio |
| Jena@KaZaA | elephant man - Logon.mp3 | Elephant Man | 3,327KB | Audio |
| Jena@KaZaA | (RB)-(Lil Corey)-The First Time.mp3 | Corey | 7,509KB | Audio |
| Jena@KaZaA | 06 - Try It On My Own.mp3 | Whitney Houston | 2,730KB | Audio |
| Jena@KaZaA | AlbumArt_{59D94D6D-8371-47A8-B945-1C1B0A38E01C}_... | Unknown | 2KB | Image |

Found 687 files
2,733,135 users online, sharing 471,869,516 files (4,036,032 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Jena@KaZaA | AlbumArt_{59D94D8D-8371-47A8-B945-1C1B0A38E01C}_... | Unknown | 10KB | Image |
| Jena@KaZaA | AlbumArt_{218958C4-8D5C-4002-9EA5-1692791DD36A}_... | Unknown | 2KB | Image |
| Jena@KaZaA | AlbumArt_{218958C4-8D5C-4002-9EA5-1692791DD36A}_... | Unknown | 8KB | Image |
| Jena@KaZaA | AlbumArt_{9EDC0D4F-3DEF-44E7-8247-CF21FEC582C3}_... | Unknown | 2KB | Image |
| Jena@KaZaA | AlbumArt_{9EDC0D4F-3DEF-44E7-8247-CF21FEC582C3}_... | Unknown | 10KB | Image |
| Jena@KaZaA | smilez and southstar - Now That Youre Gone.wma | Smilez And Southstar | 5,357KB | Audio |
| Jena@KaZaA | AlbumArt_{B44DF1AF-57B2-49CB-B900-33731582BDC1}_... | Unknown | 2KB | Image |
| Jena@KaZaA | AlbumArt_{B44DF1AF-57B2-49CB-B900-33731582BDC1}_... | Unknown | 8KB | Image |
| Jena@KaZaA | (02) The Jungle Book 2 - Jungle Rhythm.wma | The Jungle Book 2 | 1,835KB | Audio |
| Jena@KaZaA | Muppets - Rainbow Connection.mp3 | Kermit the Frog | 3,037KB | Audio |
| Jena@KaZaA | Disney - Beauty and the Beast - Be Our Guest.mp3 | Disney | 3,043KB | Audio |
| Jena@KaZaA | Drummer.kpl | Trick Daddy Featuring Du... | 0KB | |
| Jena@KaZaA | Mariah Carey - Fantasy (2).mp3 | Mariah Carey | 5,718KB | Audio |
| Jena@KaZaA | Sean Paul - Get Busy (Funkymix remix).mp3 | SEAN PAUL | 6,061KB | Audio |
| Jena@KaZaA | beyonce - Baby_Boy.mp3 | Beyonce | 3,583KB | Audio |
| Jena@KaZaA | Beyoncé - Baby Boy.mp3 | Beyoncé feat. Sean Paul | 5,364KB | Audio |
| 2 Users | beyonce ft. sean paul - baby boy.mp3 | (3) | 3,575KB | Audio |
| Jena@KaZaA | Nelly-ShakeYaTailfeather.mp3 | (3) | 9,259KB | Audio |
| Jena@KaZaA | shake ya tail feather (1).mp3 | P. Diddy Ft Nelly_Murphy... | 2,504KB | Audio |
| Jena@KaZaA | AlbumArt_{95318EFB-613C-4289-AE5A-A6E8C2218CAC}_... | Unknown | 2KB | Image |
| Jena@KaZaA | AlbumArt_{95318EFB-613C-4289-AE5A-A6E8C2218CAC}_... | Unknown | 11KB | Image |
| Jena@KaZaA | Beyoncé Knowles - Baby Boy (ft. Sean Paul).wma | Beyoncé Knowles | 2,716KB | Audio |
| Jena@KaZaA | club mixes - reggae.mp3 | Club Mixes | 2,246KB | Audio |
| Jena@KaZaA | dream - I Miss You Like Crazy.mp3 | DREAM | 3,962KB | Audio |
| Jena@KaZaA | Krazy feat. Loon-Dream.mp3 | (3) | 5,654KB | Audio |
| Jena@KaZaA | data 5 gry.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | music 1 clean.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | music 2 act.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | music 3 rol.BMP | Unknown | 346KB | Image |

Found 687 files | 2,733,135 users online, sharing 471,869,516 files (4,036,032 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Jena@KaZaA | music 3 rol.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | music 4 clk.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | music 5 gry.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | upgrade 2 act.BMP | Unknown | 7KB | Image |
| Jena@KaZaA | upgrade 3 rol.BMP | Unknown | 7KB | Image |
| Jena@KaZaA | utilities 1 clean.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | utilities 2 act.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | utilities 3 rol.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | utilities 4 clk.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | utilities 5 gry.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | video 1 clean.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | video 2 act.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | video 3 rol.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | video 4 clk.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | video 5 gry.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | welcome.BMP | Unknown | 101KB | Image |
| Jena@KaZaA | basic.BMP | Unknown | 10KB | Image |
| Jena@KaZaA | blank.BMP | Unknown | 346KB | Image |
| Jena@KaZaA | MASK.BMP | Unknown | 43KB | Image |
| Jena@KaZaA | CreateCD50.exe | Roxio | 112KB | Software |
| Jena@KaZaA | createcd50.cnt | Unknown | 0KB | |
| Jena@KaZaA | CREATECD50.HLP | Unknown | 25KB | |
| Jena@KaZaA | bkgrnd.gif | Unknown | 0KB | Image |
| Jena@KaZaA | cd5r1.html | Unknown | 1KB | |
| Jena@KaZaA | cd5r2.html | Unknown | 1KB | |
| Jena@KaZaA | cd5r3.html | Unknown | 20KB | |
| Jena@KaZaA | connected.gif | Unknown | 1KB | Image |
| Jena@KaZaA | head.gif | Unknown | 1KB | Image |
| Jena@KaZaA | noordontknow.gif | Unknown | 1KB | Image |

Found 687 files | 2,733,135 users online, sharing 471,869,516 files (4,036,032 GB) | Not sharing any files