**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Jena@KaZaA | noordontknow.gif | Unknown | 1KB | Image | |
| Jena@KaZaA | notnow.gif | Unknown | 2KB | Image | |
| Jena@KaZaA | roxio_logo.gif | Unknown | 2KB | Image | |
| Jena@KaZaA | select_one.gif | Unknown | 1KB | Image | |
| Jena@KaZaA | Ying Yang Twins – Naggin'.wma | Yin Yang Twins | 1,058KB | Audio | |
| Jena@KaZaA | 01-timbaland_and_magoo_-_indian_flute.wma | Magoo and Timberland | 1,008KB | Audio | |
| Jena@KaZaA | Back Dat Azz Up -- Juvinile (1).mp3 | Juvenile | 1,806KB | Audio | |
| Jena@KaZaA | Mystical- Shake Ya Ass.mp3 | Mystikal | 3,514KB | Audio | |
| Jena@KaZaA | R-Kelly-Thoia Thong.wma | R. Kelly | 1,393KB | Audio | |
| Jena@KaZaA | Timbaland and Magoo - Cop that Disc.mp3 | Timbaland_Magoo | 3,359KB | Audio | |
| Jena@KaZaA | Big Tymers, Lil Wayne, Juvenile - Project Chick.mp3 | Big Tymers | 4,394KB | Audio | |
| Jena@KaZaA | Mr.Biggs -Busted.mp3 | Isley Brothers | 3,723KB | Audio | |
| Jena@KaZaA | 05 - Ashanti featuring Lil' Sis Shi - Colors Of The Wind - simp... | Ashanti featuring Lil' Sis Sh | 2,213KB | Audio | |
| 2 Users | SWV - Sisters With Voices - Weak.mp3 | SWV | 3,421KB | Audio | |
| Jena@KaZaA | Brian Mcnight- back at one.mp3 | Brian McKnight | 4,088KB | Audio | |
| Jena@KaZaA | Brian McKnight - 10 - Still.mp3 | Brian McKnight | 4,050KB | Audio | |
| Jena@KaZaA | Brian McKnight - 6, 8, 12.mp3 | Brian McKnight | 2,904KB | Audio | |
| Jena@KaZaA | Brian McNight-One Last Cry.mp3 | Brian McKnight | 3,490KB | Audio | |
| Jena@KaZaA | Brian Mcknight - Anytime.mp3 | Brian McKnight | 4,258KB | Audio | |
| Jena@KaZaA | Brian Mcknight- still n' love.mp3 | Brian McKnight | 3,696KB | Audio | |
| Jena@KaZaA | Brian Mcnight- I miss ya.MP3 | Brian McKnight | 3,210KB | Audio | |
| Jena@KaZaA | Sybil - Don't Make me Over.MP3 | Sybil | 3,797KB | Audio | |
| Jena@KaZaA | Christina Aguliera - Will the real Slim Shady please Shut up ... | (3) | 2,228KB | Audio | Will the real Slim Shady please Shu |
| Jena@KaZaA | Kc + JoJo - Lately.MP3 | KC and Jo Jo | 4,831KB | Audio | |
| Jena@KaZaA | Denise Williams - Black Butterfly.mp3 | Denise Williams | 3,145KB | Audio | |
| Jena@KaZaA | DMX - Stop, Drop, Shut em Down Open Up Shop.mp3 | DMX | 3,347KB | Audio | Stop, Drop, Shut em Do |
| Jena@KaZaA | Rick James - Give It To Me Baby (1) (1).mp3 | Rick James | 5,259KB | Audio | Give It To Me Ba |
| Jena@KaZaA | Rick James_Tina Marie - Fire and Desire (1).mp3 | Rick James_Teena Marie | 6,846KB | Audio | |
| Jena@KaZaA | Vesta Williams - Congradulations.mp3 | Vesta Williams | 4,186KB | Audio | |

Found 687 files | 2,733,135 users online, sharing 471,869,516 files (4,036,032 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Jena@KaZaA | Vesta Williams - Congradulations.mp3 | Vesta Williams | 4,186KB | Audio |
| Jena@KaZaA | Stay.wma | Tasha Taylor | 1,920KB | Audio |
| Jena@KaZaA | Whitney Houston - Run To You.mp3 | Whitney Houston | 4,128KB | Audio |
| Jena@KaZaA | Betty Wright - After The Pain.mp3 | Varied Artists | 4,895KB | Audio |
| Jena@KaZaA | Eminiem Haiies_Song.mp3 | Eminem | 3,468KB | Audio |
| Jena@KaZaA | Shirley Murdock - As We Lay.mp3 | Shirley Murdock | 5,601KB | Audio |
| Jena@KaZaA | Tamia - Stranger In My House.mp3 | Tamia | 4,484KB | Audio |
| Jena@KaZaA | shirley murdoc - as we lay.MP3 | Body and Soul | 5,602KB | Audio |
| Jena@KaZaA | Misty Blue.mp3 | Betty Wright | 3,421KB | Audio |
| Jena@KaZaA | Eminiem - Superman (2).mp3 | Eminem | 5,475KB | Audio |
| Jena@KaZaA | Luther Vandross_James Ingram - If Loving You Is Wrong ... | Luther Vandros | 3,250KB | Audio |
| Jena@KaZaA | Shirley Murdock - Computer Love - Zapp.mp3 | Shirley Murdock | 4,588KB | Audio |
| Jena@KaZaA | Rick James - Superfreak.mp3 | Rick James | 2,449KB | Audio |
| Jena@KaZaA | Eminiem - My Name Is (1).mp3 | Eminem | 2,092KB | Audio |
| Jena@KaZaA | Debra Cox - How Did You Get Here.mp3 | Debra Cox | 4,105KB | Audio |
| Jena@KaZaA | El Debarge - Time Will Reveal .mp3 | El debarge | 4,001KB | Audio |
| Jena@KaZaA | El Debarge - Time Will Reveal (1).mp3 | El Debarge | 4,914KB | Audio |
| Jena@KaZaA | smokey robinson - Ebony Eyes (Rick James Featuring Smok... | Smoky Robinson | 4,716KB | Audio |
| Jena@KaZaA | Chaka Kahn - My Funny Valentine.mp3 | Vesta Williams | 1,684KB | Audio |
| Jena@KaZaA | Soul Music and Funk - Cheryl Pepsi Riley Thanks for my Chil... | Cheryl Pepsi Riley | 4,490KB | Audio |
| Jena@KaZaA | chico debarge - No Guarantee Remix -F JOE.mp3 | Chico Debarge | 3,822KB | Audio |
| Jena@KaZaA | Rick James _Smokey Robinson - Ebony Eyes.mp3 | Rick James + Smokey Rob.. | 4,848KB | Audio |
| Jena@KaZaA | Eminem - Without Me (Very Real Version).mp3 | Eminem | 4,930KB | Audio |
| 2 Users | Debroah Cox - One Wish - 03 - Nobody's Supposed To Be ... | Debroah Cox | 3,074KB | Audio |
| Jena@KaZaA | Eric Benet _Tamia - Spend My Life.mp3 | Eric Benet_Tamia | 3,224KB | Audio |
| Jena@KaZaA | Brian McKnight - 13 - When Will I See You Again (Feat Fred... | Brian Mcknight | 4,974KB | Audio |
| Jena@KaZaA | Brian McKnight-12-The Biggest Part of Me.mp3 | Brian McKnight | 4,280KB | Audio |
| Jena@KaZaA | Boyz II Men_Brian McKnight - Let It Snow (1).mp3 | Boyz II Men | 5,901KB | Audio |
| Jena@KaZaA | Shirley Murdock - Thanks For My Child.mp3 | Shirley Murdock | 4,968KB | Audio |

Found 687 files | 2,733,135 users online, sharing 471,869,516 files (4,036,032 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Jena@KaZaA | Shirley Murdock - Thanks For My Child.mp3 | Shirley Murdock | 4,968KB | Audio |
| Jena@KaZaA | Cheryl Pepsi Reily - Thanks For My Child.mp3 | Riley, Cheryl Pepsii | 2,485KB | Audio |
| Jena@KaZaA | Rick_James - Tina_Marie Fire_and_Desire.mp3 | Rick James_Teena Marie | 4,678KB | Audio |
| Jena@KaZaA | Mariah Carey_Brian McKnight - Whenever You Call.mp3 | Mariah Carey_Brian McK... | 4,116KB | Audio |
| Jena@KaZaA | TLC - Unpretty (2).mp3 | TLC | 1,891KB | Audio |
| Jena@KaZaA | Eminem__14__The_Eminem_Show_-_Hailey's Song.MP3 | EMINEM | 5,045KB | Audio |
| Jena@KaZaA | vivian_green-06-emotional_rollercoaster-wcr.mp3 | Vivian Green | 4,605KB | Audio |
| Jena@KaZaA | vivian_green-02-24hour_blue_(just_one_of_those-wcr.mp3 | Vivian Green | 5,444KB | Audio |
| Jena@KaZaA | Vivian Green - No Sittin' by the Phone.mp3 | Vivian Green | 4,396KB | Audio |
| Jena@KaZaA | Tamia - There's A Stranger In My House.mp3 | Tamia | 6,736KB | Audio |
| Jena@KaZaA | Jodeci - Lately.mp3 | Jodeci | 5,374KB | Audio |
| Jena@KaZaA | Whitney Houston_Deborah Cox - Same Script, Different ... | Whitney Houston _Debo... | 4,702KB | Audio |
| Jena@KaZaA | ja rule - I Cry ft Lil Mo.mp3 | Ja Rule | 7,435KB | Audio |
| Jena@KaZaA | Whitney Houston_Debrah Cox - Same Script, Different C... | Whitney Houston _Debra... | 3,754KB | Audio |
| Jena@KaZaA | Jagged Edge ft Run DMC - meet me at the altar (remix).m... | Jagged Edge ft Run DMC | 3,960KB | Audio |
| Jena@KaZaA | Missy Elliot 08 - Miss E...So Addictive - Take Away (ft. Gin... | Missy Elliott | 4,660KB | Audio |
| Jena@KaZaA | Whitney Houston w Deborah Cox-same script, different c... | Whitney Houston/Debora... | 4,074KB | Audio |
| Jena@KaZaA | stevie wonder - lately.mp3 | Stevie Wonder | 4,366KB | Audio |
| Jena@KaZaA | Billy Paul - Me and Mrs.mp3 | Billy Paul | 7,251KB | Audio |
| Jena@KaZaA | Betty Wright - Woman To Woman.mp3 | Betty Wright | 3,719KB | Audio |
| Jena@KaZaA | KC and Jojo - All My Life.mp3 | KCI and JoJo | 5,169KB | Audio |
| Jena@KaZaA | Luther Vandross - You Are My Lady.mp3 | Barry White | 4,426KB | Audio |
| Jena@KaZaA | Debroah Cox - There's a Stranger in my House (Skribble R... | Deborah Cox | 7,619KB | Audio |
| Jena@KaZaA | Save The Last Dance Soundtrack - 13 - All Or Nothing (Ath... | Athena Cage | 3,530KB | Audio |
| Jena@KaZaA | Trick Daddy (feat. Trina)-Take It To Da House.mp3 | Trick Daddy ft SNS Expre... | 5,377KB | Audio |
| Jena@KaZaA | cash money millionaires - Project Chic.mp3 | Cash Money Millionaires | 6,581KB | Audio |
| Jena@KaZaA | Slow Jam - Luther Vandross - A House Is Not A Home.MP3 | Luther Vandross | 6,692KB | Audio |
| Jena@KaZaA | Frederick - I'll Be Gentle (Calling Your Name).mp3 | Various | 3,952KB | Audio |
| Jena@KaZaA | Luther Vandros - Since I Lost My Baby (1).mp3 | Luther Vandross | 5,056KB | Audio |

2,733,135 users online, sharing 471,869,516 files (4,036,032 GB) | Not sharing any files

Found 687 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Jena@KaZaA | Luther Vandros - Since I Lost My Baby (1).mp3 | Luther Vandross | 5,056KB | Audio |
| Jena@KaZaA | Fredrick - Gentle (Calling You Name).mp3 | Fredrick | 3,951KB | Audio |
| Jena@KaZaA | Luther Vandross - Always And Forever.mp3 | Luther Vandross | 4,583KB | Audio |
| Jena@KaZaA | luther vandross - the christmas song.mp3 | luther vandross | 4,223KB | Audio |
| Jena@KaZaA | Luther Vandross - Here And .mp3 | Luther Vandross | 6,306KB | Audio |
| Jena@KaZaA | Jenifer Lopez f.L.L.Cool J.wma | J Lo and LL COOL J | 2,513KB | Audio |
| Jena@KaZaA | Wycleff - 911 feat. Mary J. Blige.mp3 | Wyclef Jean | 4,054KB | Audio |
| Jena@KaZaA | Ronnie_Debra Laws - Very Special.mp3 | Ronnie_Debra Laws | 5,018KB | Audio |
| Jena@KaZaA | Soul For Real - Candy Rain.mp3 | Soul For Real | 3,246KB | Audio |
| Jena@KaZaA | Soul For Real - Candy Rain (1).mp3 | Soul For Real | 4,317KB | Audio |
| Jena@KaZaA | Luther Vandross - Can I Take You Out Tonight.mp3 | Luther Vandross | 2,677KB | Audio |
| Jena@KaZaA | Will Smith - The Fresh Prince Of Bel Air (Theme Song).mp3 | Will Smith | 2,078KB | Audio |
| Jena@KaZaA | iMX - 02 - First Time.mp3 | IMX | 4,158KB | Audio |
| Jena@KaZaA | Project Pat - Chicken Head.mp3 | Three Six Mafia | 4,266KB | Audio |
| Jena@KaZaA | Luther Vandross - A house is not home.mp3 | Luther Vandross | 6,696KB | Audio |
| Jena@KaZaA | project pat - chicken head (feat 3 6 mafia).mp3 | Three Six Mafia | 3,542KB | Audio |
| Jena@KaZaA | 02-missy_elliott-gossip_folks_ft_ludacris-(www.Mp3s.4-all... | Missy Elliott | 3,696KB | Audio |
| Jena@KaZaA | Missy Elliott - Get Your Freak On (Remix) feat Nelly Furtado.. | Missy Elliot and Nelly Furt... | 3,008KB | Audio |
| Jena@KaZaA | Missy_elliot-03-one_minute_man_f._ludacris.mp3 | Missy Elliot | 4,305KB | Audio |
| Jena@KaZaA | Obsecion (English Version).mp3 | AVENTURA | 3,908KB | Audio |
| Jena@KaZaA | aventura - obsecion.mp3 | AVENTURA | 1,799KB | Audio |
| Jena@KaZaA | Outkast - The Whole World.mp3 | outkast-01-the_whole_w... | 4,655KB | Audio |
| Jena@KaZaA | Busta Rhymes - Break Ya Neck (1).mp3 | Busta Rhymes | 3,764KB | Audio |
| Jena@KaZaA | Stevie Wonder - Ribbon in the Sky.mp3 | M | 3,480KB | Audio |
| Jena@KaZaA | Dave Mathews Band - Christmas Song (acoustic).mp3 | Dave Matthews Band | 1,488KB | Audio |
| Jena@KaZaA | Boys II Men - End Of The Road.MP3 | Boys II Men | 5,140KB | Audio |
| Jena@KaZaA | Tweet - Southern Hummingbird - 13 - Call Me.mp3 | Tweet | 2,771KB | Audio |
| Jena@KaZaA | Jay Z - Hard Knock Life.mp3 | Dr Evil and Mini Me | 1,626KB | Audio |
| Jena@KaZaA | Nelly - 07 - Air Force Ones - simplemp3s.mp3 | Nelly | 5,939KB | Audio |

2,733,135 users online, sharing 471,869,516 files (4,036,032 GB) | Not sharing any files

Found 687 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | | | | Shop | Traffic | Tell A Friend

New search | Download | | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Jena@KaZaA | Nelly - 07 - Air Force Ones - simplemp3s.mp3 | Nelly | 5,939KB | Audio |
| Jena@KaZaA | D12 - Purple Pills.mp3 | D-12 f/ Eminem | 4,699KB | Audio |
| Jena@KaZaA | Many Men--50 Cent-Get Rich Or Die Tryin.mp3 | 50 Cent | 5,812KB | Audio |
| Jena@KaZaA | Mario feat Biz Markie- Just A Friend new mix jamin 945.mp3 | Mario | 3,328KB | Audio |
| Jena@KaZaA | Old School Rap- Biz Markie and Doug E.mp3 | DJ Clue, Biz Markie, Doug… | 3,010KB | Audio |
| Jena@KaZaA | Dance 80's - Marcia Griffiths) - Electric Slide [Boogie Woogie… | Dance 80's | 3,794KB | Audio |
| Jena@KaZaA | Grandmaster Slice - New Electric Slide (Shall We Dance) (1)… | Grandmaster Slice | 5,488KB | Audio |
| Jena@KaZaA | 01-mystikal-bouncin_back_dirty-uvs (1).mp3 | Mystical | 2,043KB | Audio |
| Jena@KaZaA | 17 - capleton - them running out.mp3 | Capleton | 3,052KB | Audio |
| Jena@KaZaA | VA - 20 - Tweet Feat Missy - Oops Oh My.mp3 | Tweet Feat. Missy Elliot | 2,800KB | Audio |
| Jena@KaZaA | Lets Line Dance - Super Electric Slide.mp3 | Dance | 4,662KB | Audio |
| Jena@KaZaA | shabba ranks - give dem di shabba.mp3 | SHABBA RANKS | 4,772KB | Audio |
| Jena@KaZaA | Lexxus_Mr._Vegas - Why (Video Light Girl).mp3 | Lexxus_Mr. Vegas | 3,365KB | Audio |
| Jena@KaZaA | lexxus - Famine Riddim.mp3 | Famine - Lexxus | 3,112KB | Audio |
| Jena@KaZaA | sizzla - Karate.mp3 | sizzla | 4,261KB | Audio |
| Jena@KaZaA | B2K - What A Girl Want.mp3 | B2K | 6,531KB | Audio |
| Jena@KaZaA | 01-nick_cannon-your_pops_dont_like_me_(main)-rns.mp3 | Nick Cannon | 5,638KB | Audio |
| Jena@KaZaA | liquid - shizzle ma nizzle.mp3 | Elephant Man | 3,663KB | Audio |
| Jena@KaZaA | Toni Braxton - Breath Again.mp3 | Toni Braxton | 4,206KB | Audio |
| Jena@KaZaA | Martial Arts riddim - bounty_killer - look good.mp3 | Bounty Killer | 3,058KB | Audio |
| Jena@KaZaA | Missy Elliot - Hot Boyz (Remix).mp3 | Missy Elliot ft. Hot Boys, … | 3,568KB | Audio |
| Jena@KaZaA | Beanie Man -- Everyone Falls In Love Sometime.mp3.mp3 | Beanie Man | 3,172KB | Audio |
| 2 Users | Play - Cinderella (1) (1).mp3 | Cheetah Girls | 3,405KB | Audio |
| Jena@KaZaA | Bobby Pulido - Viviras.mp3 | Bobby Pulido / Emilio / Gra… | 4,745KB | Audio |
| Jena@KaZaA | R Kelly_Ronald Isley- Contagious.mp3 | R. Kelly_Mr. Biggs | 3,935KB | Audio |
| Jena@KaZaA | Hitman Sammy Sam-One Way In-09-Step Daddy (1).mp3 | Sammy Sam | 3,249KB | Audio |
| Jena@KaZaA | Selena - Como La Flor.mp3 | Selena | 2,828KB | Audio |
| Jena@KaZaA | Sister Act 2 - Oh Happy Day.mp3 | Lauryn Hill | 2,818KB | Audio |
| Jena@KaZaA | Sisteract Joyful, Joyful.mp3 | Sister Act 2 | 3,063KB | Audio |

Found 587 files | 2,733,135 users online, sharing 471,869,516 files (4,036,032 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Jena@KaZaA | Sisteract Joyful, Joyful.mp3 | Sister Act 2 | 3,063KB | Audio |
| Jena@KaZaA | Selina - Como La Flor.mp3 | Selena | 3,962KB | Audio |
| Jena@KaZaA | gospel - Lauryn Hill (Sister Act II) - His Eye Is On The Sparr… | Lauryn Hill | 4,224KB | Audio |
| Jena@KaZaA | Kirk Franklin - Revolution.mp3 | Kirk Franklin | 5,292KB | Audio |
| Jena@KaZaA | Hitman Sammy Sam-One Way In-09-Step Daddy.mp3 | 09_hitman_sammy_sam_s… | 3,249KB | Audio |
| Jena@KaZaA | So Contagious (1).mp3 | Truth Hurts ft. Rakim | 3,508KB | Audio |
| Jena@KaZaA | What's Going On.mp3 | All-Star Tribute | 4,030KB | Audio |
| Jena@KaZaA | Beanie Man - Sim Simma .mp3 | Beanie Man | 3,088KB | Audio |
| Jena@KaZaA | jt5.mp3 | Justin Timberlake | 3,405KB | Audio |
| Jena@KaZaA | 116-r_kelly-snake_(feat_bigger)-0mni.mp3 | R. Kelly | 6,842KB | Audio |
| Jena@KaZaA | Dj mootje - If I Was A Rich Girl.mp3 | Lady Saw | 4,930KB | Audio |
| Jena@KaZaA | If I was a wealthy girl.mp3 | Tow Down | 3,686KB | Audio |
| Jena@KaZaA | Mr.Vegas- Heads High (Remix).mp3 | Mr. Vegas | 4,557KB | Audio |
| Jena@KaZaA | Mr Vegas - Heads High(club mix).mp3 | Mr Vegas. | 3,316KB | Audio |
| 2 Users | Missy Elliot - The Rain.mp3 | Missy Elliot | 3,922KB | Audio |
| Jena@KaZaA | SAMMIE- LOOK AT ME.mp3 | Sammy | 2,962KB | Audio |
| Jena@KaZaA | kirk franklin - kirk franklin_mary j blige r kelly bono crystal … | Kirk Franklin | 6,012KB | Audio |
| Jena@KaZaA | oh na na na.mp3 | Beanie Man | 3,659KB | Audio |
| Jena@KaZaA | Whitney Houston – You Give Good Love.mp3 | Whitney Houston | 4,328KB | Audio |
| Jena@KaZaA | Gospel - Mahalia Jackson - His Eye Is On The Sparrow.mp3 | Lauryn Hill | 3,171KB | Audio |
| Jena@KaZaA | SLOW JAMS_AARON HALL_WHEN U NEED ME.mp3 | Aaron Hall | 5,497KB | Audio |
| Jena@KaZaA | arron hall- the places i would kiss.mp3 | Aaron Hall | 4,973KB | Audio |
| Jena@KaZaA | missy_elliott-work_it.MP3 | Missy Elliot | 3,984KB | Audio |
| Jena@KaZaA | Blackstreet - Don't Leave Me Girl.mp3 | Blackstreet | 4,946KB | Audio |
| Jena@KaZaA | dream - I Miss You Like Crazy (1).mp3 | Dream | 3,962KB | Audio |
| Jena@KaZaA | blackstreet-before i let you go.mp3 | black street | 4,111KB | Audio |
| Jena@KaZaA | The Moffats - Miss u like crazy.mp3 | Dream Street | 3,585KB | Audio |
| 2 Users | Janet Jackson F Blackstreet- I get so lonely.mp3 | Janet Jackson F Blackstre… | 3,668KB | Audio |
| Jena@KaZaA | 03-lil_kim-the_jump_off_(album_version)-qsm.mp3 | Lil Kim Feat Mr Cheeks Ti… | 5,673KB | Audio |

Found 687 files | 2,733,135 users online, sharing 471,669,516 files (4,036,032 GB) | Not sharing any files

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web | New Search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Jena@KaZaA | 03-lil_kim-the_jump_off_(album_version)-gsm.mp3 | Lil Kim Feat Mr Cheeks Ti... | 5,673KB | Audio |
| Jena@KaZaA | R. Kelly - Snake (Feat. Big Tigger ).mp3 | R. Kelly | 4,563KB | Audio |
| 2 Users | Musiq - Luv.MP3 | Musiq Soul Child | 4,761KB | Audio |
| Jena@KaZaA | 08-snoop_dogg-beautiful_(ft_pharell_uncle_charlie_wilson... | Snoop Dogg | 6,993KB | Audio |
| Jena@KaZaA | 20-sean_paul-esa_loca_(ft_tony_touch_and_robb)-jah.m... | Sean_Paul | 5,326KB | Audio |
| Jena@KaZaA | Luther Vandross - Wait For Love.mp3 | (3) | 5,424KB | Audio |
| Jena@KaZaA | Monica - Angel Of Mine.mp3 | Monica | 1,970KB | Audio |
| Jena@KaZaA | Mary J.Blidge_Lil Kim - I Can Love You Better.mp3 | Mary J.Blidge_Lil Kim | 4,466KB | Audio |
| Jena@KaZaA | Missy Elliot, Nas, Eve_Q-tip - Hot Boy.mp3 | Missy Elliot, Q-Tip, Nas,E... | 3,567KB | Audio |
| Jena@KaZaA | Disney - Aladin - A Whole New World - (Aladin _Jasmine)... | Aladin (movie version) | 2,512KB | Audio |
| Jena@KaZaA | TLC - No Scrubs (1).mp3 | TLC | 3,350KB | Audio |
| Jena@KaZaA | Space Jam Soundtrack - Monica - For You I Will (1).mp3 | Monica | 3,304KB | Audio |
| Jena@KaZaA | Lil'_Kim_-_Shake_Your_Bum_Bum.mp3 | Lil' Kim | 3,878KB | Audio |
| Jena@KaZaA | Monica-i will cross the ocean for you.mp3 | Monica and Usher | 4,691KB | Audio |
| Jena@KaZaA | TLC - No Scrubs.mp3 | TLC | 3,350KB | Audio |
| Jena@KaZaA | Monica_Bounty Killer - Angel Of Mine (Reggae Remix) (1)... | Monica_Bounty Killa | 2,820KB | Audio |
| Jena@KaZaA | blu_cantrell_feat (1).mp3 | Sean Paul and Blu Cantrell | 1,794KB | Audio |
| Jena@KaZaA | sean paul and blu cantrell -breathe.mp3 | Blu Cantrell Feat. Sean P... | 5,376KB | Audio |
| Jena@KaZaA | Babyface - Soon As I Get Home.mp3 | Babyface | 3,607KB | Audio |
| Jena@KaZaA | Mariah Carey - My All.mp3 | Mariah Carey | 3,634KB | Audio |
| Jena@KaZaA | Mariah Carey - I'd Give My All.mp3 | Mariah Carey | 3,369KB | Audio |
| Jena@KaZaA | Reggae - Lumidee - Never Leave You.wma | lumidee | 3,441KB | Audio |
| Jena@KaZaA | mariah carey - i give my all.mp3 | maria carry | 3,586KB | Audio |
| Jena@KaZaA | Its My Time.wma | Hard Bargain | 2,389KB | Audio |
| Jena@KaZaA | Lumidee - Oh- oh (1).wma | LUMIDEE | 3,440KB | Audio |
| Jena@KaZaA | karaoke Mariah Carey - My All (Instrumental).mp3 | Mariah Carey | 3,765KB | Audio |
| Jena@KaZaA | Mya-Take Me There Remix.mp3 | MASE, ALIAYAH | 3,654KB | Audio |
| Jena@KaZaA | Industry Rule.wma | Jonah Smith | 2,125KB | Audio |
| Jena@KaZaA | 09-foxy_brown-i_need_a_man-winoa.mp3 | Foxy Brown | 2,134KB | Audio |

2,733,135 users online, sharing 471,869,516 files (4,036,032 GB) | Not sharing any files

Found 687 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Theater | Search | Download | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Jena@KaZaA | 09-foxy_brown-i_need_a_man-whoa.mp3 | Foxy Brown | 2,134KB | Audio |
| Jena@KaZaA | 50 Cent - P.I.M.P..mp3 | 50 Cent | 3,932KB | Audio |
| Jena@KaZaA | 15-fabolous-damn-wcr.mp3 | Fabolous | 4,790KB | Audio |
| Jena@KaZaA | LL Cool J - Love You Better (1).mp3 | LL Cool J | 2,929KB | Audio |
| Jena@KaZaA | 06-Lil Kim - Shake Your Bum Bum (1).mp3 | Lil Kim | 4,654KB | Audio |
| Jena@KaZaA | D Tent Boys-Dig It (1).wav | D-Tent Boys | 667KB | Audio |
| Jena@KaZaA | 01-dream_feat._loon-krazy_(remix)-cms.mp3 | Dream Feat. Loon | 5,582KB | Audio |
| Jena@KaZaA | PaReNtS jUsT DoNt UnDaStA.mp3 | Lil Romeo Nick Cannon 3lw | 5,527KB | Audio |
| Jena@KaZaA | 50 Cent - Get Rich Or Die Tryin - 14 - 21 Questions f. Nate... | 50 Cent F. Nate Dogg | 5,261KB | Audio |
| Jena@KaZaA | monica-01-so_gone-whoa.mp3 | Monica | 5,544KB | Audio |
| Jena@KaZaA | Blu Cantrel_Sean Paul - Breathe (Remix).mp3 | Blu Cantrell Feat. Sean P... | 5,376KB | Audio |
| Jena@KaZaA | Play - Cinderella (2).mp3 | Cheetah Girls | 3,405KB | Audio |
| Jena@KaZaA | D Tent Boys-Dig It (1) (1).wav | D Tent Boys | 667KB | Audio |
| Jena@KaZaA | -All The Times (featuring Faith Evans, Coko_Missy Misde... | Gerald Levert, Keith Swea... | 3,418KB | Audio |
| Jena@KaZaA | (14) 50 Cent - 21 Questions (ft. Nate Dogg).wma | 50 Cent | 2,213KB | Audio |
| Jena@KaZaA | 04-fabalous-damn.mp3 | Fabolous | 2,666KB | Audio |
| Jena@KaZaA | Rob Base - It Takes Two.mp3 | Dj Kool_Fatman Scoop | 4,388KB | Audio |
| Jena@KaZaA | Lauren Hill - The Sweetest Thing.mp3 | Lauryn Hill | 4,563KB | Audio |
| Jena@KaZaA | Fugees - the sweetest thing.mp3 | Fugees | 4,563KB | Audio |
| Jena@KaZaA | Whitney Houston - My Love Is Your Love.mp3 | Whitney Houston | 4,077KB | Audio |
| Jena@KaZaA | Babyface - Love Songs - 13 - Every Time I Close My Eyes... | Babyface | 6,950KB | Audio |
| Jena@KaZaA | Baby Face-Tamia-Barry White -Slow Jams.mp3 | Babyface_Tamia | 7,040KB | Audio |
| Jena@KaZaA | Tevin Campbell - Tomorrow (A Better You, .mp3 | Quincy Jones w/Tevin Ca... | 4,484KB | Audio |
| Jena@KaZaA | Wyclef Jean feat. R. Kelly_Canibus - Gone Till November... | Wyclef feat. Canibus_R... | 3,253KB | Audio |
| Jena@KaZaA | Doug E. Fresh_Slick Rick - Lodi Dodi.mp3 | Doug E Fresh_Slick Rick | 4,245KB | Audio |
| Jena@KaZaA | Doug E. Fresh_Slick Rick - La Di Da Di.mp3 | Doug E Fresh_Get Fresh... | 4,245KB | Audio |
| Jena@KaZaA | Old School Classics - Slick Rick feat Doug E. Fresh- 6minuts... | (3) | 9,341KB | Audio |
| Jena@KaZaA | Xscape feat Ol Skool_Keith Sweat - Am I Dreamin.mp3 | Xscape, Ol Skool_Keith... | 5,347KB | Audio |
| Jena@KaZaA | Quincy Jones featuring Tevin Campbell - Tomorrow (A Bett... | (3) | 3,891KB | Audio |

Found 687 files | 2,733,135 users online, sharing 471,869,516 files (4,036,032 GB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type | |
|---|---|---|---|---|---|
| Jena@KaZaA | Quincy Jones featuring Tevin Campbell - Tomorrow (A Bett... | (3) | 3,891KB | Audio | Tomorrow (A Bett... |
| Jena@KaZaA | janet jackson - i get lonely (blackstreet remix).mp3 | Janet Jackson f/ Blackstr... | 4,879KB | Audio | I Get |
| Jena@KaZaA | love jones soundtrack - a blues for nina.mp3 | [soundtrack] | 3,169KB | Audio | brother |
| Jena@KaZaA | Love Jones - [soundtrack] - in the rain - xscape.mp3 | Xscape | 3,690KB | Audio | |
| Jena@KaZaA | DDentBoys--Dig it (Disney).mp3 | D Tent Boys | 1,893KB | Audio | |
| Jena@KaZaA | Monica Feat. Missy Elliott_So Gone_DC2003.mp3 | Monica Feat. Missy Elliott | 4,860KB | Audio | Online... |
| Jena@KaZaA | Elephant Man - On Line.mp3 | Elephant Man | 4,106KB | Audio | |
| Jena@KaZaA | 10-dru_hill-i_love_you-rns.mp3 | Dru Hill | 7,350KB | Audio | |
| Jena@KaZaA | 50 cent-get rich or die tryin-p.i.m.p.-Just Release.mp3 | 50 Cent | 3,484KB | Audio | |
| Jena@KaZaA | Dr. Dre (ft. Snoop Dogg_Nate Dog) - The Next Episode.... | Dr. Dre and Snoop Dogg | 5,008KB | Audio | |
| Jena@KaZaA | Sugar Hill Gang - Rappers Delight.mp3 | Sugar Hill Gang | 7,125KB | Audio | |
| Jena@KaZaA | Ludacris - Fatty Girl (feat LL Cool J, Keith Murray).mp3 | Ludacris, LLCool J, Keith... | 3,085KB | Audio | |
| Jena@KaZaA | 04-blu_cantrell_ft_sean_paul-breath_(remix)-ego.mp3 | Blu Cantrell ft Sean Paul | 5,400KB | Audio | |
| Jena@KaZaA | Blu Cantrell-Breathe Remix Feat Sean Paul.mp3 | sean paul and blu cantrell | 5,434KB | Audio | Breathe Re |
| Jena@KaZaA | Missy Elliot ft Ms. Jade - Funky Fresh.mp3 | missy elliott_ms. jade. | 3,660KB | Audio | Funky Fresh |
| Jena@KaZaA | 06-missy_elliot-funky_fresh_dressed-evighet.mp3 | Missy Elliot | 5,540KB | Audio | FL |
| Jena@KaZaA | Frankie J - Don't Want To Try.MP3 | Frankie J | 3,866KB | Audio | Don't V |
| Jena@KaZaA | 12-frankie_j-ya_no_es_igual-apc (1).mp3 | Frankie J | 5,809KB | Audio | |
| Jena@KaZaA | Frankie J - Don't Want To Try No More.MP3 | Frankie J | 3,866KB | Audio | Don't W |
| Jena@KaZaA | B2K (featuring R. Kelly) - Girlfriend (pied pipper remix).mp3 | B2K feat. R. Kelly | 5,472KB | Audio | Girlfrier |
| 2 Users | Wisin y Yandel - Dembou.mp3 | la mison 3 | 2,802KB | Audio | |
| Jena@KaZaA | Lil' Romeo, Nick Cannon, 3LW - Parents Just Don't Unders... | Lil' Romeo Nick Cannon a... | 48KB | Audio | Parents Jus |
| Jena@KaZaA | (17) Smilez And Southstar - Now That Youre Gone.wma | Smilez And Southstar | 5,355KB | Audio | Nu |
| Jena@KaZaA | Blackstreet_Mya - Take Me There (Remix).mp3 | Blackstreet_Mya | 1,606KB | Audio | Take |
| Jena@KaZaA | Puff Daddy and The Family- Its All About The Benjamins.m... | puff daddy | 2,173KB | Audio | It's All Ab |
| Jena@KaZaA | Bow Wow Feat. Baby - Let's Get Down.mp3 | Bow Wow | 6,029KB | Audio | |
| Jena@KaZaA | Elvis Crespo - Besame.mp3 | Elvis Crespo | 4,188KB | Audio | |
| Jena@KaZaA | Remix Latin MEGA 013 music dance merengue elvis crespo ... | Elvis Crespo | 3,712KB | Audio | |
| Jena@KaZaA | Kenny G - The Wedding Song.mp3 | Kenny G | 3,156KB | Audio | |

Found 687 files    2,733,135 users online, sharing 471,869,516 files (4,036,032 GB)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Jena@KaZaA | Kenny G - The Wedding Song.mp3 | Kenny G | 3,156KB | Audio |
| Jena@KaZaA | elephant man - Bad Man Anthem.mp3 | Elephant Man | 3,630KB | Audio |
| Jena@KaZaA | Lexxus - ring off me celly (remix).mp3 | Lexxus | 1,556KB | Audio |
| Jena@KaZaA | 20-david_banner_ft._lil_flip-like_a_pimp-wcr.mp3 | David Banner ft. Lil Flip | 5,738KB | Audio |
| Jena@KaZaA | cheer-UCA - 07 - Hot Boys Mix(cheer) (1).mp3 | cheerleading mix | 818KB | Audio |
| Jena@KaZaA | David Banner - Track 05.mp3 | T.I. Bone Crusha | 4,976KB | Audio |
| Jena@KaZaA | David Banner Feat. Lil Flip- Get Down (Like A Pimp).mp3 | David Banner | 4,011KB | Audio |
| Jena@KaZaA | Zouk - Dj xela - HARD KNOCK LIFE RAGGA REMIX.mp3 | Lexxus Feat. TOK | 2,755KB | Audio |
| Jena@KaZaA | DMX - Ruff Ryder's Anthem (Reggae Mix).mp3 | Ruff Ryders | 3,153KB | Audio |
| Jena@KaZaA | Mary J Blidge- Your Child.mp3 | Mary J. Blige | 3,916KB | Audio |
| Jena@KaZaA | Beyonce and Jay-Z - Crazy In Love.mp3 | Beyonce and Jay-Z | 3,906KB | Audio |
| Jena@KaZaA | Crazy In Love.mp3 | Beyoncé Knowles Feat. J... | 5,571KB | Audio |
| Jena@KaZaA | CASE - Missin' you.mp3 | Case | 3,348KB | Audio |
| Jena@KaZaA | Case - Missing YYou.mp3 | Case | 4,463KB | Audio |
| Jena@KaZaA | (07) Corey - The First Time.mp3 | Corey | 2,503KB | Audio |
| Jena@KaZaA | Destinys Child - Emotion.mp3 | Destiny's Child | 2,798KB | Audio |
| Jena@KaZaA | Destinys Child - Perfect Man.mp3 | Destiny's Child | 3,553KB | Audio |
| Jena@KaZaA | Whitney Houston - On My Own.mp3 | Whitney Houston | 6,578KB | Audio |
| Jena@KaZaA | Smilez And Southstar - Now That Youre Gone.mp3 | Smilez And Southstar | 8,493KB | Audio |
| Jena@KaZaA | Drum Solos - Kansas State University.mp3 | Kansas State University ... | 628KB | Audio |
| 3 Users | petey_pablo-club_banger-apc.MP3 | Drumline Soundtrack | 5,397KB | Audio |
| Jena@KaZaA | 14-trick_daddy_feat (1).MP3 | Drumline Soundtrack | 5,929KB | Audio |
| Jena@KaZaA | Original Soundtrack - The Classic Drum Battle.mp3 | Drumline Soundtrack | 3,821KB | Audio |
| Jena@KaZaA | Busta Rhymes ft. Sean Paul_Spliff Star - Make It Clap (R... | Busta Rhymes ft. Sean P... | 3,852KB | Audio |
| 2 Users | Busta Rhymes ft. Spliff Star - Make It Clap (Street_Mix).m... | Busta Rhymes ft. Spliff St... | 5,214KB | Audio |
| Jena@KaZaA | Disney - Lion King - Hakuna Matata.mp3 | Disney | 3,372KB | Audio |
| Jena@KaZaA | Pocahontas - Colors of the Wind.mp3 | Disney | 3,364KB | Audio |
| Jena@KaZaA | Disney - Lion King Broadway - I Just Can't Wait to Be King... | Lion King Broadway | 2,850KB | Audio |
| Jena@KaZaA | Disney - Pocahontas - Just Around The River Bend.mp3 | Pocahontas | 2,350KB | Audio |

Found 687 files | 2,733,135 users online, sharing 47,869,516 files (4,036,032 GB) | Not sharing any files

Kazaa - [Search]
File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Jena@KaZaA | Disney - Pocahontas - Just Around The River Bend.mp3 | Pocahontas | 2,350KB | Audio |
| Jena@KaZaA | 05 - Ashanti featuring Lil' Sis Shi - Colors Of The Wind - simp.. | Ashanti featuring Lil' Sis Sh | 2,213KB | Audio |
| Jena@KaZaA | childrens music Disney - The Bare Necessities (Jungle Book).. | Disney | 4,532KB | Audio |
| Jena@KaZaA | Disney - Jungle Book - Zip-A-Dee-Doo-Da.MP3 | Disney- Jungle Book | 2,173KB | Audio |
| Jena@KaZaA | shabba ranks - Murder She Wrote (Remix).mp3 | Save The Last Dance | 3,839KB | Audio |
| Jena@KaZaA | Muppets - Mahna Mahna.mp3 | Animal_The Muppets | 2,134KB | Audio |
| Jena@KaZaA | Muppet Babies - Poopoo Sha Wa Wa (1).mp3 | Muppet Babies | 2,640KB | Audio |
| Jena@KaZaA | Disney - Little Mermaid - Under the Sea.mp3 | Disney | 2,998KB | Audio |
| Jena@KaZaA | Cinderella - Impossible.mp3 | Whitney Houston_Bran... | 3,136KB | Audio |
| Jena@KaZaA | Reggae - Chaka Demus - Murder she wrote.mp3 | Chaka Demus | 4,809KB | Audio |
| Jena@KaZaA | Toni Braxton - Unbreak My Heart.mp3 | Tony Braxton | 3,213KB | Audio |
| Jena@KaZaA | one hit wonders - loin sleeps tonight.mp3 | The Tokens | 2,487KB | Audio |
| Jena@KaZaA | Disney - The Lion King - I Just Cant Wait To Be King.mp3 | Disney | 2,664KB | Audio |
| Jena@KaZaA | Vanessa Williams-- Pocahontas - Colors Of The Wind.mp3 | Disney - Pocahontas | 3,810KB | Audio |
| Jena@KaZaA | Sebastian the Crab - Under the Sea - Disney.mp3 | Sebastian the Crab | 3,072KB | Audio |
| Jena@KaZaA | Rodgers_Hammerstein's Cinderella-Original Disney TV Sou... | Cinderella | 3,706KB | Audio |
| Jena@KaZaA | Original Soundtrack - The Classic Drum Battle (1).mp3 | Drumline | 3,821KB | Audio |
| Jena@KaZaA | Drumline Soundtrack -16-The Classic Drum Battle.mp3 | Various Artists | 5,730KB | Audio |
| Jena@KaZaA | 13-too_short_bun_b_(of_ugk)-shout_it_out-apc.mp3 | Too Short_Bun B (Of UG... | 6,749KB | Audio |
| Jena@KaZaA | Mariah Carey 10 Never Too Far.mp3 | Mariah Carey | 4,119KB | Audio |
| Jena@KaZaA | Mariah Carey - Never Too Far.mp3 | Mariah Carey | 3,673KB | Audio |
| Jena@KaZaA | Mariah Carey - Always Be My Baby.mp3 | Mariah Carey | 4,030KB | Audio |
| Jena@KaZaA | Mariah Carey - Fantasy.mp3 | Mariah Carey | 3,807KB | Audio |
| Jena@KaZaA | Mariah Carey - Open Arms.mp3 | Mariah Carey | 3,290KB | Audio |
| Jena@KaZaA | Mariah Carey - Open Arms (1).mp3 | Mariah Carey | 2,878KB | Audio |
| Jena@KaZaA | Mariah Carey(Mi todo).mp3 | Maria Carey | 3,532KB | Audio |
| Jena@KaZaA | Can't touch this_MCHammer.mp3 | M C Hammer | 3,506KB | Audio |
| Jena@KaZaA | As Told By Ginger - Little Seal Girl.mp3 | 3 | 1,234KB | Audio |
| Jena@KaZaA | 04-sean_paul-like_glue-jah.mp3 | Sean_Paul | 5,495KB | Audio |

Found 687 files | 2,733,135 users online, sharing 471,869,516 files (4,036,032 GB) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Jena@KaZaA | 04-sean_paul-like_glue-jah.mp3 | Sean_Paul | 5,495KB | Audio |
| Jena@KaZaA | 03-blackstreet-shes_hot-rns.mp3 | T.O.K. | 4,916KB | Audio |
| Jena@KaZaA | 22_Sean_Paul_feat_Straika-Get_Busy_(remix).mp3 | Sean Paul Feat Straika | 2,343KB | Audio |
| Jena@KaZaA | 09-big_brovaz-baby_boy-pulse.mp3 | Beyonce Feat Sean Paul | 5,362KB | Audio |
| Jena@KaZaA | Beyoncé Knowles - Baby Boy (ft. Sean Paul).mp3 | Beyoncé Knowles | 5,362KB | Audio |
| Jena@KaZaA | Don Omar - Dale Don Dale.mp3 | Don Omar | 3,325KB | Audio |
| Jena@KaZaA | BT5A - REGGEA -hot 97 vol (1).mp3 | sean paul _sasha | 2,639KB | Audio |
| Jena@KaZaA | Latin Reggae Mix - Reggaton Mix.mp3 | Reggaeton Mix | 7,316KB | Audio |
| Jena@KaZaA | babi rasta y gringo - reggae.mp3 | Reggae - Baby Rasta y G... | 2,843KB | Audio |
| Jena@KaZaA | reggatton-BabyRasta y Gringo_DJ Nelson (1).mp3 | Baby rasta y gringo | 2,843KB | Audio |
| Jena@KaZaA | (Reggae) (Buy Out Riddim) Sean Paul - Like Glue.mp3 | Sean Paul | 3,448KB | Audio |
| Jena@KaZaA | Reggae - Hip Hop Instrumentals - jamaican beat.mp3 | Reggae | 3,258KB | Audio |
| Jena@KaZaA | reggaeton -Playero - Tempo Y Ghetto- Ya Llego La Hora.mp3 | Tempo | 2,349KB | Audio |
| Jena@KaZaA | Aventura - Cuando Volveras spanish Bachata .mp3 | Aventura | 3,327KB | Audio |
| Jena@KaZaA | reggaeton-hector y tito_maicol - boricua guerroro II.mp3 | Don Chezina | 2,359KB | Audio |
| Jena@KaZaA | dale con el latigo.mp3 | Team Mekano | 2,679KB | Audio |
| Jena@KaZaA | Reggaton f. Baby Rasta y Gringo - Chica Interesada.MP3 | REGGAETON | 2,618KB | Audio |
| Jena@KaZaA | timbaland - Breath In Breath Out.mp3 | Timberland and magoo | 2,711KB | Audio |
| Jena@KaZaA | Ying Yang Twins - Naggin' Part II.mp3 | Ying Yang Twins | 4,144KB | Audio |
| Jena@KaZaA | 10-r._kelly_feat._camron-thoia_thoing_(remix)-whoa.mp3 | R. Kelly Feat. Cam'ron | 4,693KB | Audio |
| Jena@KaZaA | R Kelly - Feeling On Your Booty.mp3 | R. Kelly | 3,872KB | Audio |
| Jena@KaZaA | R.Kelly - Hands Of Time.mp3 | R. Kelly | 4,436KB | Audio |
| Jena@KaZaA | R.Kelly - R.Kelly - I wish.mp3 | R.Kelly | 5,184KB | Audio |
| Jena@KaZaA | Nick Cannon ft. R.Kelly - Gigolo.mp3 | Nick Cannon ft R Kelly | 3,618KB | Audio |
| Jena@KaZaA | Still in luv wit u boy.MP3 | Sean Paul Ft Sasha | 5,166KB | Audio |
| Jena@KaZaA | Maxwell-Sweet_Lady.mp3 | Tyrese | 2,000KB | Audio |
| Jena@KaZaA | Tyrese - Sweet Lady.mp3 | (3) | 4,564KB | Audio |
| Jena@KaZaA | Dude (Remix) (1).mp3 | Beenie Man, Ms. Thing ... | 2,673KB | Audio |
| Jena@KaZaA | Yeah-Usher_f_LilJonLudacris.mp3 | usher | 5,855KB | Audio |

2,733,135 users online, sharing 473,869,516 files (4,036,032 GB) | Not sharing any files

Found 687 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Theater | Search | Download | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| Jena@KaZaA | Reggae - Hip Hop Instrumentals - jamaican beat.mp3 | Reggae | 3,258KB | Audio |
| Jena@KaZaA | reggaton -Playero - Tempo Y Ghetto- Ya Llego La Hora.mp3 | Tempo | 2,349KB | Audio |
| Jena@KaZaA | Aventura - Cuando Volveras spanish Bachata .mp3 | Aventura | 3,327KB | Audio |
| Jena@KaZaA | reggaton-hector y tito_maicol - boricua guerroro II.mp3 | Don Chezina | 2,359KB | Audio |
| Jena@KaZaA | dale con el latigo.mp3 | Team Mekano | 2,679KB | Audio |
| Jena@KaZaA | Reggaton f. Baby Rasta y Gringo - Chica Interesada.MP3 | REGGAETON | 2,618KB | Audio |
| Jena@KaZaA | timbaland - Breath In Breath Out.mp3 | Timberland and magoo | 2,711KB | Audio |
| Jena@KaZaA | Ying Yang Twins - Naggin' Part II.mp3 | Ying Yang Twins | 4,144KB | Audio |
| Jena@KaZaA | 10-r_kelly_feat._camron-thoia_thoing_(remix)-whoa.mp3 | R. Kelly Feat. Cam'ron | 4,693KB | Audio |
| Jena@KaZaA | R.Kelly - Feeling On Your Booty.mp3 | R. Kelly | 3,872KB | Audio |
| Jena@KaZaA | R.Kelly - Hands Of Time.mp3 | R. Kelly | 4,436KB | Audio |
| Jena@KaZaA | R.Kelly - R.Kelly - I wish.mp3 | R.Kelly | 5,184KB | Audio |
| Jena@KaZaA | Nick Cannon ft. R.Kelly - Gigolo.mp3 | Nick Cannon ft R Kelly | 3,618KB | Audio |
| Jena@KaZaA | Still in luv wit u boy.MP3 | Sean Paul Ft Sasha | 5,166KB | Audio |
| Jena@KaZaA | Maxwell-Sweet_Lady.mp3 | Tyrese | 2,000KB | Audio |
| Jena@KaZaA | Tyrese - Sweet Lady.mp3 | (3) | 4,564KB | Audio |
| Jena@KaZaA | Dude (Remix) (1).mp3 | Beenie Man, Ms. Thing_... | 2,673KB | Audio |
| Jena@KaZaA | Yeah-Usher_f.LilJonLudacris.mp3 | usher | 5,855KB | Audio |
| Jena@KaZaA | 06 - Track_6.mp3 | Missy Elliot | 3,294KB | Audio |
| Jena@KaZaA | 01-r_kelly_feat.mp3 | R Kelly Feat. Cassidy | 5,839KB | Audio |
| Jena@KaZaA | Tyrease - Sweet Lady.mp3 | Tyrese | 4,302KB | Audio |
| Jena@KaZaA | Saltshaker.mp3 | Ying Yang Twins | 2,864KB | Audio |
| Jena@KaZaA | 01-usher_feat._lil_jon_and_ludacris-yeah-qmb.mp3 | Usher ft Lil' Jon_Ludacris | 5,832KB | Audio |
| Jena@KaZaA | Big Tymers- Gansta Girl.MP3 | Big Tymers feat R Kelly | 6,076KB | Audio |
| Jena@KaZaA | G Unit - Stunt 101.wma | a | 2,655KB | Audio |
| Jena@KaZaA | Big Tymers - Gangsta Girl (_R. Kelly).wma | a | 3,111KB | Audio |
| Jena@KaZaA | G-Unit - Stunt 101.asf | Unknown | 8,660KB | Video |
| Jena@KaZaA | Nelly-Country Grammer.mp3 | Nelly | 1,741KB | Audio |
| Jena@KaZaA | Nelly - Country Grammer.mp3 | Nelly | 4,537KB | Audio |

Found 687 files.  2,733,135 users online, sharing 471,869,516 files (4,036,032 GB)  Not sharing any files