AO 440  Summons in a Civil Action

# United States District Court
## DISTRICT OF MASSACHUSETTS

### SUMMONS IN A CIVIL CASE

MOTOWN RECORD COMPANY, L.P., a California
limited partnership; BMG MUSIC, a New York general
partnership; SONY MUSIC ENTERTAINMENT INC.,
a Delaware corporation; ELEKTRA
ENTERTAINMENT GROUP INC., a Delaware
corporation; ATLANTIC RECORDING
CORPORATION, a Delaware corporation; and
ARISTA RECORDS, INC., a Delaware corporation,

CASE NUMBER:

04-30134-MAP

V.

JENNIFER ADAMS

TO:
JENNIFER ADAMS
70 Broadway Street, Apt. 177
Chicopee, MA 01020

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

COLIN J. ZICK
GABRIEL M. HELMER
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02210-2600
PHONE: (617) 832-1000
FAX:    (617) 832-7000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded
in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after
service.

TONY ANASTAS

CLERK

Mary Finn

(BY) DEPUTY CLERK

July 20, 2004

DATE

AO 440  Summons in a Civil Action

## RETURN OF SERVICE

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772
*Hampden, ss.*

July 23, 2004

I hereby certify and return that on 7/22/2004 at 11:10 am I served a true and attested copy of the U.S. DISTRICT COURT S & C W/CIVIL ACTION COVER SHEET,LOCAL CATEGORY SHEET AND CORP. DISCLOSURE in this action in the following manner: To wit, by leaving at the last and usual place of abode of JENNIFER ADAMS,  70 BROADWAY #177, CHICOPEE, MA 01020.  Conveyance ($1.20), Travel ($2.56), Attestation X 1 ($5.00), Basic Service Fee ($20.00), Mailing1 ($1.00) Total Charges $29.76

Deputy Sheriff DAVID K. TENNEY

_David Tenney_
*Deputy Sheriff*

☐   Other (specify) _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                    Date                              Signature of Server

                                          _____
                                          Address of Server