UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOTOWN RECORD COMPANY, L.P., a California limited partnership; BMG MUSIC, a New York general partnership; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and ARISTA RECORDS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>JENNIFER ADAMS<br><br>Defendant. | CIVIL ACTION No. 04-30134-MAP<br><br>The Hon. Michael A. Ponsor |

## REQUEST TO ENTER DEFAULT

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

Plaintiffs hereby request that the Clerk enter default in this matter against Defendant on the ground that Defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure. Declaration of Colin J. Zick ¶ 6.

Plaintiffs served the Summons and Complaint on Defendant on July 22, 2004, by abode service, as evidenced by the proof of service on file with this Court. Id. ¶ 2. Plaintiffs have sent Defendant letters on two separate occasions urging Defendant to file a response and advising Defendant that Plaintiffs intended to seek a default judgment. Id. ¶ 4. Neither Plaintiffs nor the Court have granted Defendant any extensions of time to respond to the Complaint. Id. ¶

5. Plaintiffs are informed and believe that Defendant is not an infant or incompetent person or in the military service. Id. ¶ 7-8.

|  |  |
|---|---|
| DATED: 11/5/04 | MOTOWN RECORD COMPANY, L.P.; BMG MUSIC; SONY MUSIC ENTERTAINMENT INC.; ELEKTRA ENTERTAINMENT GROUP INC.; ATLANTIC RECORDING CORP.; and ARISTA RECORDS, INC. <br><br>By their attorneys, <br><br>By: _____ <br>Colin J. Zick (BBO No. 556538) <br>Gabriel M. Helmer (BBO No. 652640) <br>FOLEY HOAG LLP <br>155 Seaport Boulevard <br>Boston, MA 02210-2600 <br>Phone: (617) 832-1000 <br>Fax:   (617) 832-7000 |

Of Counsel:
Yvette Molinaro
MITCHELL SILBERBERG & KNUPP LLP
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683
Phone: (310) 312-2000
Fax:    (310) 312-3100