UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MOTOWN RECORD COMPANY, L.P., a California limited partnership; BMG MUSIC, a New York general partnership; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and ARISTA RECORDS, INC., a Delaware corporation,<br><br>     Plaintiffs,<br><br>v.<br><br>JENNIFER ADAMS<br><br>     Defendant. | CIVIL ACTION No. 04-30134-MAP<br><br>The Hon. Michael A. Ponsor |

## **DEFAULT BY CLERK**

It appearing from the records in this action that Summons has been served upon Defendant Jennifer Adams, and it further appearing from the declaration of counsel for Plaintiffs, and other evidence as required by Rule 55(a) of the Federal Rules of Civil Procedure, that Defendant Jennifer Adams has failed to plead or otherwise defend in this action as directed in said Summons and as provided in the Federal Rules of Civil Procedure:

Now, therefore, on request of Plaintiffs' counsel, the DEFAULT of Defendant Jennifer Adams hereby is entered.

DATED: _____      By: _____
                       Deputy Clerk