AO 440 Summons in a Civil Action

# United States District Court
### DISTRICT OF MASSACHUSETTS

## SUMMONS IN A CIVIL CASE

MOTOWN RECORD COMPANY, L.P., a California limited partnership; BMG MUSIC, a New York general partnership; SONY MUSIC ENTERTAINMENT INC., a Delaware corporation; ELEKTRA ENTERTAINMENT GROUP INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; and ARISTA RECORDS, INC., a Delaware corporation,

CASE NUMBER: 04-30134-MAP

V.

JENNIFER ADAMS

TO:
JENNIFER ADAMS
70 Broadway Street, Apt. 177
Chicopee, MA 01020

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFFS' ATTORNEY

    COLIN J. ZICK
    GABRIEL M. HELMER
    FOLEY HOAG LLP
    155 Seaport Boulevard
    Boston, MA 02210-2600
    PHONE: (617) 832-1000
    FAX:     (617) 832-7000

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK: Mary Finn (signature)

(BY) DEPUTY CLERK

DATE: July 26, 2004

AO 440 Summons in a Civil Action

# RETURN OF SERVICE

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772
Hampden, ss.

July 23, 2004

I hereby certify and return that on 7/22/2004 at 11:10 am I served a true and attested copy of the U.S. DISTRICT COURT S & C W/CIVIL ACTION COVER SHEET, LOCAL CATEGORY SHEET AND CORP. DISCLOSURE in this action in the following manner: To wit, by leaving at the last and usual place of abode of JENNIFER ADAMS, 70 BROADWAY #177, CHICOPEE, MA 01020. Conveyance ($1.20), Travel ($2.56), Attestation X 1 ($5.00), Basic Service Fee ($20.00), Mailing1 ($1.00) Total Charges $29.76

Deputy Sheriff DAVID K. TENNEY

*[signature]* David Tenney
Deputy Sheriff

☐ Other (specify) _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                 Date

_____
Signature of Server

_____
Address of Server

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.