UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**MOTOWN RECORD COMPANY, L.P., ET AL**,
        Plaintiffs

CIVIL ACTION
NO. 04-30134-MAP

V.

**JENNIFER ADAMS**,
        Defendant

### NOTICE OF DEFAULT

Upon application of the Plaintiffs for an order of Default for failure of the Defendant, Jennifer Adams, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this   8th   day of November 2004   .

TONY ANASTAS
CLERK OF COURT

By:   /s/ Mary Finn
Deputy Clerk

**Notice mailed to:  Counsel for Plaintiff**

Default Notice.wpd - 2/2000)                                                            [ntcdflt.]